UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

ISAYRA SANTOS,

Plaintiff,

vs.

Civil Action No.:

INJUNCTIVE RELIEF SOUGHT

EXPERIAN INFORMATION SOLUTIONS, INC.,

Defendant(s).

_____ /

## COMPLAINT

Plaintiff ISAYRA SANTOS ("Plaintiff"), by and through her attorney, Jonathan Arias, Esq., as and for her Complaint against Defendant EXPERIAN INFORMATION SOLUTIONS, INC hereinafter referred to as Defendant(s)"), respectfully sets forth, complains and alleges, upon information and belief, the following:

### INTRODUCTION/PRELIMINARY STATEMENT

1. Plaintiff brings this action for damages and declaratory and injunctive relief arising from the Defendant's violation(s) of: (i) §1681 *et seq. as amended,* of Title 15 of the United States Code, commonly referred to the Fair Credit Reporting Act ("FCRA").

### PARTIES

2. Plaintiff ISAYRA SANTOS is a resident of the State of Florida, residing in Brevard County.

3.  Defendant EXPERIAN INFORMATION SOLUTIONS, INC. is an Ohio Corporation.

4.  Defendant is regularly engaged in the business of assembling, evaluating, and disbursing information concerning consumers for the purpose of furnishing consumer reports, as defined in 15 USC §1681(d) to third parties.

## JURISDICTION AND VENUE

5.  The Court has jurisdiction over this matter pursuant to 28 USC §1331, 1337 as well as 15 USC §1681p *et seq.* and 28 U.S.C. §2201.   The Court also has pendent jurisdiction over the state law claims in this action pursuant to 28 U.S.C. §1367(a).

6.  Venue is proper in this judicial district pursuant to 28 U.S.C. § 1391(b)(2).

## FACTUAL ALLEGATIONS

7.  Plaintiff obtained a copy of her credit report on January 23rd, 2024, and noticed several accounts reporting inaccurate information. Based on this information, Plaintiff wrote a dispute letter to Defendant dated January 23rd, 2024, and mailed certified to Defendant on January 31st, 2024. Defendant received it on February 5th. 2024.

8.  Plaintiff's letter stated:

*"THE FOLLOWING ACCOUNTS ARE WRONG AND INACURRATE INCLUDING HIGH CREDIT LIMIT, INCOMPLETE PAYMENT HISTORY AND LATE PAYMENTS. PLEASE DELETE THEM.*

*1. BARCLAYS BANK DELAWARE ACCOUNT# 000307XXXX*

*2. AFFIRM INC ACCOUNT# 3WD4XXXX*

*3. AFFIRM INC ACCOUNT# 4F0ZXXXX*

*4. AFFIRM INC ACCOUNT#6ADNXXXX*

*5. AFFIRM INC ACCOUNT# 6DAVXXXX*

*6. AFFIRM INC ACCOUNT# AHJEXXXX*

*7. AMERICAN EXPRESS ACCOUNT# 349994XXXX*

*8. CAPITAL ONE AUTO FINANCE ACCOUNT# 620635XXXX*

*9. TBOM RETAIL CCI ACCOUNT# 763700XXXX"*

9. Defendant responded with an electronic mail dated February 7th, 2024.

10. Defendant's response stated: "We received a recent request regarding your credit information that does not appear to have been sent directly by you or to be authorized by you. As a precautionary measure, we have not taken any action on your alleged request.'

11. Plaintiff mailed the dispute letter directly and included her proper ID, date of birth, Social Security Number, address, and name. The same information she used to obtain her credit report and the same information listed on her credit report.

12. Defendant failed to properly investigate the disputed account, and failed to respond with the required written reply (either verifying or deleting the disputed tradelines) within the 30-day requirement. Defendant thereby violated Plaintiff's rights under the FCRA.

**FIRST CAUSE OF ACTION**
**(Violations of the FCRA)**

13. Plaintiff repeats, reiterates, and incorporates the allegations contained in paragraphs numbered "1" through "12" herein with the same force and effect as if the same were set forth at length herein.

14. 15 USC §1681i(a) Reinvestigations of disputed information

(1) Reinvestigation required

(A) In general

Subject to subsection (f) and except as provided in subsection (g), if the completeness or accuracy of any item of information contained in a consumer's file at a consumer reporting agency is disputed by the consumer and the consumer notifies the agency directly, or indirectly through a reseller, of such dispute, the agency shall, free of charge,

conduct a reasonable reinvestigation to determine whether the disputed information is inaccurate and record the current status of the disputed information, or delete the item from the file in accordance with paragraph (5), before the end of the 30-day period beginning on the date on which the agency receives the notice of the dispute from the consumer or reseller.

15. Defendant violated 15 USC §1681i(a) by failing to properly reinvestigate the disputed account and respond to Plaintiff within the required 30-day period and further to delete the account within the required 30-days.

16. Defendant violated Plaintiff's rights under 15 USC §1681e(b) by failing to establish and/or follow reasonable procedures to assure the maximum possible accuracy of the information it reported to one or more third parties pertaining to Plaintiff's credit report and credit files Defendant published and maintained. By failing to update the credit report, delete and/or remove the disputed accounts as the Plaintiff requested.

17. As a result, Defendant violated 15 USC §1681e (b), Plaintiff suffered actual damages, including but not limited to loss of credit, damage to reputation, embarrassment, humiliation, and other mental, physical, and emotional distress.

18. Defendant's violations of 15 USC §1681e (b) were willful, rendering them liable for punitive damages in an amount to be determined by the Court pursuant to 15 USC §1681n.

19. After receiving the Plaintiff's dispute, Defendant negligently failed to conduct a reasonable reinvestigation as required by 15 USC §1681i. As a direct and proximate cause of Defendant's negligent failure to perform its duties under FCRA, Plaintiff has suffered actual damages, mental anguish and suffering, humiliation, and embarrassment.

20. Defendant is liable to Plaintiff by reason of its violations of the FCRA in an amount to be determined by the trier fact together with her reasonable attorney's fees pursuant to 15 USC §1681o.

21. Defendant prepared, compiled, issued, assembled, transferred, published, and otherwise reproduced consumer reports regarding Plaintiff as that term is defined in 15 USC §1681i(a).

22. Such reports contained information about Plaintiff that was false misleading, and inaccurate.

23. Defendant violated 15 USC §1681i(a) by failing to conduct a reasonable reinvestigation after receiving the Plaintiff's dispute to an Errant Trade line to determine whether the disputed information was inaccurate and record the current status of the disputed information by either updating or deleting the item from the Plaintiff's credit files.

24. As a result of Defendant's violations of 15 USC §1681i(a), Plaintiff suffered actual damages, including but not limited to loss of credit, damage to reputation, embarrassment, humiliation, and other mental, physical, and emotional distress.

25. Defendant's violations of 15 USC §1681i(a) were willful, rendering them liable for punitive damages in an amount to be determined by the Court pursuant to 15 USC §1681n. In the alternative, Defendant was negligent, which entitles Plaintiff to recovery under 15 USC §1681o.

26. As a result of Defendant's violations of 15 USC §1681i (a)(1)(A), Plaintiff suffered actual damages, including but not limited to loss of credit, damage to reputation, embarrassment, humiliation, and other mental, physical, and emotional distress.

27. Defendant's violations of 15 USC §1681i(a) were willful, rendering them liable for punitive damages in an amount to be determined by the Court pursuant to 15 USC §1681n. In the alternative, Defendant was negligent, which entitles Plaintiff to recovery under 15 USC §1681o.

28. Defendant violated 15 USC §168i (a)(5)(A) by failing to promptly delete the disputed inaccurate items of information from Plaintiff's credit file or modify the item of information upon a lawful reinvestigation.

29. Plaintiff is entitled to recover actual damages, statutory damages, costs, and attorney fees from the Defendant in an amount to be determined by the Court pursuant to 15 USC §1681n and 15 USC §

**WHEREFORE**, Plaintiff demands judgment for actual, statutory, and punitive damages against Defendant, jointly and severally; for his attorneys' fees and costs, for prejudgment and post-judgment interest at the judgment rate, and such other relief the Court deems just and proper.

## **DEMAND FOR TRIAL BY JURY**

30. Plaintiff hereby respectfully requests a trial by jury for all claims and issues in its Complaint to which it is or may be entitled to a jury trial.

## **PRAYER FOR RELIEF**

WHEREFORE, Plaintiff demands judgment from the Defendant:

A. For statutory, actual, and punitive damages provided and pursuant to the FCRA, 15 U.S.C. 1681 § n (a)(1)(A), n (2), n (3); in the alternative for damages pursuant to negligence under 15 U.S.C. 1681 § o (a) (1)(2)

B.   For attorney's fees and costs provided and pursuant to 15 USC §1681n of the FCRA;

C.   A Declaration that the Defendant's practices violated the FCRA and,

D.   For any such other and further relief, as well as further costs, expenses and disbursements

of this action, as this Court may deem just and proper.


Respectfully Submitted,

By:  /s/ Jonathan Arias
**Jonathan S. Arias,  Esq.**
Fla. Bar No.: 126137
Attorney Number: 221129
The Onyx Group
8325 N.E. 2nd Ave
Suite 315
Miami, FL 33138
786-504-5760
jarias@theonyx.group

# ATTACHMENTS

Prepared For

## ISAYRA SANTOS

**Personal & Confidential**

**Date Generated**    Jan 23, 2024

**Report Number**    1044-1878-99

## At a Glance                35 Accounts                0 Public Records                18 Hard Inquiries

## Personal Information

14 Names        18 Addresses        1 SSN Variations        4 Employers        5 Other Records

Because your personal information is reported by you, your creditors, and other sources, it's typical to see small variations in reported personal information, like names and addresses. For security reasons, many of these items can't be disputed online, but don't worry—they don't affect your credit score.

| Names | | | |
|---|---|---|---|
| **ISAYRA SANTOS**<br>Name ID #11172 | **ISAYRA DIAZ**<br>Name ID #17528 | **ISAIRA SANTOS**<br>Name ID #12665 | **ISAIRA DIAZ**<br>Name ID #20476 |
| **ISOYRO SANTOS**<br>Name ID #25163 | **ISAYARA DIAZ**<br>Name ID #12514 | **ISAIRA DIAZ**<br>Name ID #24319 | **IZAIRA DIAZ**<br>Name ID #2866 |
| **ISA SANTOS**<br>Name ID #10034 | **ISIRIA SANTOS**<br>Name ID #5465 | **ISAYLA SANTOS**<br>Name ID #14531 | **ISAYARA SANTOS**<br>Name ID #18944 |
| **ISAIRA DIAZ DIAZ**<br>Name ID #2135 | **ISAYRA DIAZ**<br>Name ID #31762 | | |

## Addresses

**155 DECORDRE SE RD**
**PALM BAY FL, 32909-3626**

Address ID #0970880203
Single family

**1886 MACKLIN NW ST**
**PALM BAY FL, 32907-8095**

Address ID #0070499496
Single family

**9521 86TH ST FL1**
**OZONE PARK NY, 11416-1304**

Address ID #0478733568
Single family

**9521 86TH ST**
**JAMAICA NY, 11416-1304**

Address ID #0023291132
Single family

**9521 86TH ST APT1QUEENS**
**OZONE PARK NY, 11416-1304**

Address ID #0896676733
Single family

**9521 87TH ST**
**JAMAICA NY, 11416-1308**

Address ID #0023291205
Single family

**64 FOUNTAIN AVE FL2**
**BROOKLYN NY, 11208-2502**

Address ID #0564971721
Single family

**64 FOUNTAIN AVE #2F**
**BROOKLYN NY, 11208-2502**

Address ID #0824111948
Single family

**64 FOUNTAIN AVE**
**BROOKLYN NY, 11208-2502**

Address ID #0021520750
Single family

**101 HIGHLAND PL APT1**
**BROOKLYN NY, 11208-1222**

Address ID #0229030241
Single family

**101 HIGHLAND PL**
**BROOKLYN NY, 11208-1222**

Address ID #0021510592
Single family

**1780 DAVIDSON AVE APT34**
**BRONX NY, 10453-5618**

Address ID #0211068874
Apartment complex

**120 W 228TH ST APT6B**
**BRONX NY, 10463-6656**

Address ID #0019789638
Apartment complex

**769 UNIVERSITY AVE**
**BRONX NY, 10468**

Address ID #0212451418
Single family

**9541 86TH ST**
**OZONE PARK NY, 11416-1304**

Address ID #0926036269
Single family

**1886 MACKLIN NW ST FL1**
**PALM BAY FL, 32907-8095**

Address ID #0737735036
Single family

**6202 FOX QUARRY LN**
**SANFORD FL, 32773-4314**

Address ID #0474855578
Single family

**101 HIGHLAND PL #A**
**BROOKLYN NY, 11208-1222**

Address ID #0562052909
Single family

## Social Security Numbers

XXX-XX-████

## Year of Birth

1972

## Phone Numbers

| ████████ | ████████ | ████████ |
| Residential | Residential | Cellular |

## Spouse or Co-Applicant

RAFAEL

## Employers

| BREVARD PUBLIC SCHOOLS | FIDELIS CARE | FEDELIS CARE | HEALTH FIRST |

## Accounts

Includes credit cards, real estate loans and installment loans. This information is reported to the credit bureaus from your creditors.

## AFFIRM INC

### Account Info

| | |
|---|---|
| Account Name | **AFFIRM INC** |
| Account Number | **9AODXXXX** |
| Account Type | **Unsecured** |
| Responsibility | **Individual** |
| Date Opened | **12/02/2019** |
| Status | **Paid, Closed/Never late.** |
| Status Updated | **Dec 2019** |
| Balance | **-** |
| Balance Updated | **-** |
| Recent Payment | **-** |
| Monthly Payment | **-** |
| Original Balance | **$172** |
| Highest Balance | **-** |
| Terms | **6 Months** |
| On Record Until | **Dec 2029** |

### Payment History

| | J | F | M | A | M | J | J | A | S | O | N | D |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2019 | — | — | — | — | — | — | — | — | — | — | — | CLS |

CLS   Closed

This account is scheduled to continue on record until Dec 2029.

### Contact Info

| | |
|---|---|
| Address | **650 CALIFORNIA ST FL 12, SAN FRANCISCO CA 94108** |
| Phone Number | **(855) 423-3729** |

## AFFIRM INC

**POTENTIALLY NEGATIVE**

 **Account Info**

| | |
|---|---|
| Account Name | **AFFIRM INC** |
| Account Number | **3WD4XXXX** |
| Account Type | **Unsecured** |
| Responsibility | **Individual** |
| Date Opened | **12/17/2018** |
| Status | **Paid, Closed.** |
| Status Updated | **Jul 2019** |
| Balance | **-** |
| Balance Updated | **-** |
| Recent Payment | **-** |
| Monthly Payment | **-** |
| Original Balance | **$181** |
| Highest Balance | **-** |
| Terms | **6 Months** |

$ **Payment History**

| | J | F | M | A | M | J | J | A | S | O | N | D |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2019 | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | **30** | — | — | — | — | — |

✓ Current / Terms met    **30** Past due 30 days

**Payment history guide**

30 days past due as of Jul 2019, Jul 2019

 **Contact Info**

| | |
|---|---|
| Address | **650 CALIFORNIA ST FL 12, SAN FRANCISCO CA 94108** |
| Phone Number | [(855) 423-3729](tel:8554233729) |

# AFFIRM INC

**POTENTIALLY NEGATIVE**

 **Account Info**

| | |
|---|---|
| Account Name | **AFFIRM INC** |
| Account Number | **4F0ZXXXX** |
| Account Type | **Unsecured** |

| | |
|---|---|
| Responsibility | **Individual** |
| Date Opened | **11/26/2021** |
| Status | **Paid, Closed.** |
| Status Updated | **June 2022** |
| Balance | - |
| Balance Updated | - |
| Recent Payment | - |
| Monthly Payment | - |
| Original Balance | **$485** |
| Highest Balance | - |
| Terms | **6 Months** |

## Payment History

| | J | F | M | A | M | J | J | A | S | O | N | D |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2022 | — | **30** | ✔ | **30** | ND | CLS | — | — | — | — | — | — |

✔ Current / Terms met    30 Past due 30 days

CLS Closed    ND No data for this period

**Payment history guide**

30 days past due as of May 2022, Mar 2022

## Balance Histories

| Date | Balance | Scheduled Payment | Paid |
|---|---|---|---|
| **May 2022** | **$253** | **$84** | **$0 on 4/14/2022** |
| **Apr 2022** | **$253** | **$84** | **$170 on 4/1/2022** |
| **Mar 2022** | **$420** | **$84** | **$0 on 1/22/2022** |

### Additional info

The original amount of this account was $485

## Contact Info

| | |
|---|---|
| Address | **650 CALIFORNIA ST FL 12, SAN FRANCISCO CA 94108** |
| Phone Number | **(855) 423-3729** |

# AFFIRM INC

**POTENTIALLY NEGATIVE**

 ## Account Info

| | |
|---|---|
| Account Name | **AFFIRM INC** |
| Account Number | **6ADNXXXX** |
| Account Type | **Unsecured** |
| Responsibility | **Individual** |
| Date Opened | **12/17/2018** |
| Status | **Paid, Closed.** |
| Status Updated | **Dec 2019** |
| Balance | - |
| Balance Updated | - |
| Recent Payment | - |
| Monthly Payment | - |
| Original Balance | **$268** |
| Highest Balance | - |
| Terms | **12 Months** |

 ## Payment History

| | J | F | M | A | M | J | J | A | S | O | N | D |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2019 | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | **30** | ✓ | ✓ | ✓ | ✓ | CLS |

✓  Current / Terms met    30    Past due 30 days

CLS  Closed

**Payment history guide**

30 days past due as of Jul 2019

## Contact Info

| | |
|---|---|
| Address | **650 CALIFORNIA ST FL 12, SAN FRANCISCO CA 94108** |
| Phone Number | (855) 423-3729 |

# AFFIRM INC

**POTENTIALLY NEGATIVE**

## Account Info

| | |
|---|---|
| Account Name | **AFFIRM INC** |
| Account Number | **6DAVXXXX** |
| Account Type | **Unsecured** |
| Responsibility | **Individual** |
| Date Opened | **02/26/2019** |
| Status | **Paid, Closed.** |
| Status Updated | **Jul 2019** |
| Balance | **-** |
| Balance Updated | **-** |
| Recent Payment | **-** |
| Monthly Payment | **-** |
| Original Balance | **$280** |
| Highest Balance | **-** |
| Terms | **18 Months** |

## Payment History

| | J | F | M | A | M | J | J | A | S | O | N | D |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2019 | — | — | ✔ | ✔ | ✔ | **30** | **60** | — | — | — | — | — |

✔ Current / Terms met    30 Past due 30 days

60 Past due 60 days

**Payment history guide**

60 days past due as of Jul 2019, Jul 2019

30 days past due as of Jun 2019

## Contact Info

| | |
|---|---|
| Address | **650 CALIFORNIA ST FL 12, SAN FRANCISCO CA 94108** |
| Phone Number | [(855) 423-3729](tel:8554233729) |

---

# AFFIRM INC

**POTENTIALLY NEGATIVE**

---

## Account Info

| | |
|---|---|
| Account Name | **AFFIRM INC** |
| Account Number | **AHJEXXXX** |
| Account Type | **Unsecured** |
| Responsibility | **Individual** |
| Date Opened | **12/17/2018** |
| Status | **Paid, Closed.** |
| Status Updated | **Jul 2019** |
| Balance | **-** |
| Balance Updated | **-** |
| Recent Payment | **-** |
| Monthly Payment | **-** |
| Original Balance | **$199** |
| Highest Balance | **-** |
| Terms | **6 Months** |

## $ Payment History

| | J | F | M | A | M | J | J | A | S | O | N | D |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2019 | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | **30** | — | — | — | — | — |

✓   Current / Terms met     **30**   Past due 30 days

**Payment history guide**

30 days past due as of Jul 2019, Jul 2019

## ✉ Contact Info

| | |
|---|---|
| Address | **650 CALIFORNIA ST FL 12, SAN FRANCISCO CA 94108** |
| Phone Number | **(855) 423-3729** |

# AMERICAN EXPRESS

**POTENTIALLY NEGATIVE**

 ## Account Info

| | |
|---|---|
| Account Name | **AMERICAN EXPRESS** |
| Account Number | **3499924494063333** |
| Account Type | **Credit card** |
| Responsibility | **Individual** |
| Date Opened | **04/25/2017** |

| | |
|---|---|
| Status | **Paid, Closed.** |
| Status Updated | **Nov 2021** |
| Balance | - |
| Balance Updated | - |
| Recent Payment | - |
| Monthly Payment | - |
| Credit Limit | **$500** |
| Highest Balance | **$583** |
| Terms | - |

 **Payment History**

| | J | F | M | A | M | J | J | A | S | O | N | D |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2021 | CLS | CLS | CLS | CLS | CLS | **30** | CLS | **30** | **60** | CLS | CLS | — |
| 2020 | **30** | **60** | **30** | **30** | **30** | **30** | CLS | CLS | CLS | CLS | CLS | CLS |
| 2019 | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |
| 2018 | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |
| 2017 | — | — | — | — | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |

✓  Current / Terms met    30  Past due 30 days

60  Past due 60 days    CLS  Closed

**Payment history guide**

60 days past due as of Sep 2021, Feb 2020

30 days past due as of Aug 2021, Jun 2021, Jun 2020, May 2020, Apr 2020, Mar 2020, Jan 2020

 **Contact Info**

| | |
|---|---|
| Address | **PO BOX 981537,**<br>**EL PASO TX 79998** |
| Phone Number | **(800) 874-2717** |

**Comment**

**Current:**

**Account closed at credit grantor's request.**

**Previous:**

**Account closed at credit grantor's request.**

Mar 2021 to Oct 2021

## BARCLAYS BANK DELAWARE

 ### Account Info

| | |
|---|---|
| Account Name | **BARCLAYS BANK DELAWARE** |
| Account Number | **000282XXXXXXXXXX** |
| Account Type | **Credit Card** |
| Responsibility | **Authorized user** |
| Date Opened | **02/25/2017** |
| Status | **Paid, Closed/Never late.** |
| Status Updated | **Apr 2017** |
| Balance | **-** |
| Balance Updated | **-** |
| Recent Payment | **-** |
| Monthly Payment | **-** |
| Credit Limit | **$1,500** |
| Highest Balance | **$99** |
| Terms | **-** |
| On Record Until | **Apr 2027** |

 ### Payment History

| | J | F | M | A | M | J | J | A | S | O | N | D |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2017 | — | ✔ | ✔ | CLS | — | — | — | — | — | — | — | — |

✔  Current / Terms met    CLS  Closed

This account is scheduled to continue on record until Apr 2027.

 ### Contact Info

| | |
|---|---|
| Address | **PO BOX 8803,**<br>**WILMINGTON DE 19899** |
| Phone Number | **(888) 232-0780** |

### Comment

**Current:**

**Account closed at consumer's request.**

**Previous:**

**None**

# BARCLAYS BANK DELAWARE

**POTENTIALLY NEGATIVE**

 **Account Info**

| | |
|---|---|
| Account Name | **BARCLAYS BANK DELAWARE** |
| Account Number | **000307XXXXXXXXX** |
| Account Type | **Credit Card** |
| Responsibility | **Individual** |
| Date Opened | **03/31/2018** |
| Status | **Paid in settlement. $979 written off.** |
| Status Updated | **Jan 2022** |
| Balance | **-** |
| Balance Updated | **-** |
| Recent Payment | **-** |
| Monthly Payment | **-** |
| Credit Limit | **$1,000** |
| Highest Balance | **$1,329** |
| Terms | **-** |
| On Record Until | **Feb 2026** |

## Payment History

| | J | F | M | A | M | J | J | A | S | O | N | D |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2022 | CLS | — | — | — | — | — | — | — | — | — | — | — |
| 2021 | CO | CO | CO | CO | CO | CO | CO | CO | CO | CO | CO | CO |
| 2020 | 90 | 120 | 150 | 150 | CO | CO | CO | CO | CO | CO | CO | CO |
| 2019 | ✔ | ✔ | ✔ | ✔ | ✔ | 30 | 60 | 90 | 120 | 150 | 60 | 90 |
| 2018 | — | — | — | ✔ | ✔ | ✔ | ✔ | ✔ | ✔ | ✔ | ✔ | ✔ |

| | | | |
|---|---|---|---|
| ✔ | Current / Terms met | 30 | Past due 30 days |
| 60 | Past due 60 days | 90 | Past due 90 days |
| 120 | Past due 120 days | 150 | Past due 150 days |
| CLS | Closed | CO | Charge off |

**Payment history guide**

Charge Off as of Dec 2021, Nov 2021, Oct 2021, Sep 2021, Aug 2021, Jul 2021, Jun 2021, May 2021, Apr 2021, Mar 2021, Feb 2021, Jan 2021, Dec 2020, Nov 2020, Oct 2020, Sep 2020, Aug 2020, May 2020 to Jul 2020

150 days past due as of Apr 2020, Mar 2020, Oct 2019

120 days past due as of Feb 2020, Sep 2019

90 days past due as of Jan 2020, Dec 2019, Aug 2019

60 days past due as of Nov 2019, Jul 2019

30 days past due as of Jun 2019

This account is scheduled to continue on record until Feb 2026.

 **Contact Info**

| | |
|---|---|
| Address | **PO BOX 8803,**<br>**WILMINGTON DE 19899** |
| Phone Number | **(888) 232-0780** |

 **Comment**

**Current:**

**Account paid in full for less than full balance**

**Previous:**

**Account closed at credit grantor's request.**

Apr 2021 to Dec 2021

## CAPITAL ONE

 **Account Info**

| | |
|---|---|
| Account Name | **CAPITAL ONE** |
| Account Number | **438864XXXXXXXXXX** |
| Account Type | **Credit card** |
| Responsibility | **Authorized user** |
| Date Opened | **07/18/2001** |
| Status | **Paid, Closed/Never late.** |
| Status Updated | **Oct 2022** |
| Balance | **-** |
| Balance Updated | **-** |

| | |
|---|---|
| Recent Payment | - |
| Monthly Payment | - |
| Credit Limit | **$500** |
| Highest Balance | **$721** |
| Terms | - |
| On Record Until | **Oct 2032** |

## 💲 Payment History

| | J | F | M | A | M | J | J | A | S | O | N | D |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2022 | ✔ | ✔ | ✔ | ✔ | ✔ | ✔ | ✔ | ✔ | ✔ | CLS | — | — |
| 2021 | ✔ | ✔ | ✔ | ✔ | ✔ | ✔ | ✔ | ✔ | ✔ | ✔ | ✔ | ✔ |
| 2020 | ✔ | ✔ | ✔ | ✔ | ✔ | ✔ | ✔ | ✔ | ✔ | ✔ | ✔ | ✔ |
| 2019 | ✔ | ✔ | ✔ | ✔ | ✔ | ✔ | ✔ | ✔ | ✔ | ✔ | ✔ | ✔ |
| 2018 | ✔ | ✔ | ✔ | ✔ | ✔ | ✔ | ✔ | ✔ | ✔ | ✔ | ✔ | ✔ |
| 2017 | ✔ | ✔ | ✔ | ✔ | ✔ | ✔ | ✔ | ✔ | ✔ | ✔ | ✔ | ✔ |
| 2016 | ✔ | ✔ | ✔ | ✔ | ✔ | ✔ | ✔ | ✔ | ✔ | ✔ | ✔ | ✔ |
| 2015 | — | — | — | — | — | — | — | — | — | — | ✔ | ✔ |

✔  Current / Terms met     CLS  Closed

This account is scheduled to continue on record until Oct 2032.

## 📄 Balance Histories

| Date | Balance | Scheduled Payment | Paid |
|---|---|---|---|
| **Sep 2022** | **$11** | **$11** | **$0 on 9/14/2022** |
| **Aug 2022** | **$59** | **$25** | **$0 on 8/20/2022** |
| **Jul 2022** | **$7** | **$7** | **$0 on 6/6/2022** |
| **Jun 2022** | **$0** | **$0** | **$0 on 6/6/2022** |
| **May 2022** | **$71** | **$25** | **$0 on 5/9/2022** |
| **Apr 2022** | **$119** | **$25** | **$0 on 4/11/2022** |
| **Mar 2022** | **$142** | **$25** | **$0 on 3/5/2022** |
| **Feb 2022** | **$31** | **$25** | **$0 on 2/11/2022** |

| Date | Balance | Scheduled Payment | Paid |
|------|---------|-------------------|------|
| **Jan 2022** | **$71** | **$25** | **$0 on 1/13/2022** |

### Additional info

Between Jan 2022 and Sep 2022, your credit limit/high balance was $500

---



### Contact Info

| | |
|---|---|
| Address | **PO BOX 31293,**<br>**SALT LAKE CITY UT 84131** |
| Phone Number | **(800) 955-7070** |

---



### Comment

### Current:

Account closed at consumer's request.

---

### Previous:

None

---

# CAPITAL ONE

---



### Account Info

| | |
|---|---|
| Account Name | **CAPITAL ONE** |
| Account Number | **510875XXXXXXXXXX** |
| Account Type | **Credit card** |
| Responsibility | **Authorized user** |
| Date Opened | **08/06/2022** |
| Status | **Open/Never late.** |
| Status Updated | **Jan 2024** |
| Balance | **$3,199** |
| Balance Updated | **01/16/2024** |
| Recent Payment | **-** |
| Monthly Payment | **$115** |
| Credit Limit | **$3,300** |
| Highest Balance | **$3,319** |
| Terms | **-** |

 **Payment History**

|      | J | F | M | A | M | J | J | A | S | O | N | D |
|------|---|---|---|---|---|---|---|---|---|---|---|---|
| 2024 | ✓ | — | — | — | — | — | — | — | — | — | — | — |
| 2023 | — | — | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |

✓  Current / Terms met

---

 **Balance Histories**

| Date | Balance | Scheduled Payment | Paid |
|------|---------|-------------------|------|
| Dec 2023 | $3,061 | $104 | $0 on 12/14/2023 |
| Nov 2023 | $2,056 | $41 | $0 on 11/10/2023 |
| Oct 2023 | $2,980 | $96 | $0 on 10/13/2023 |
| Sep 2023 | $1,845 | $55 | $0 on 9/15/2023 |
| Aug 2023 | $350 | $29 | $0 on 8/10/2023 |
| Jul 2023 | $159 | $29 | $0 on 7/10/2023 |
| Jun 2023 | $199 | $29 | $0 on 6/10/2023 |
| May 2023 | $238 | $29 | $0 on 5/10/2023 |
| Apr 2023 | $321 | $29 | $0 on 4/10/2023 |
| Mar 2023 | $357 | $29 | $0 on 3/10/2023 |
| Feb 2023 | $294 | $40 | $0 on 1/27/2023 |
| Jan 2023 | $3,443 | $116 | $0 on 11/26/2022 |
| Dec 2022 | $3,320 | $112 | $204 on 11/26/2022 |

**Additional info**

Between Dec 2022 and Dec 2023, your credit limit/high balance was $3,300

---

✉ **Contact Info**

Address

PO BOX 31293,
SALT LAKE CITY UT 84131

Phone Number

(800) 955-7070

## CAPITAL ONE

**POTENTIALLY NEGATIVE**

 ### Account Info

| | |
|---|---|
| Account Name | **CAPITAL ONE** |
| Account Number | **517805XXXXXXXXXX** |
| Account Type | **Credit card** |
| Responsibility | **Individual** |
| Date Opened | **05/25/2016** |
| Status | **Open.** |
| Status Updated | **Jul 2022** |
| Balance | **$1,592** |
| Balance Updated | **12/28/2023** |
| Recent Payment | **-** |
| Monthly Payment | **$49** |
| Credit Limit | **$1,600** |
| Highest Balance | **$2,047** |
| Terms | **-** |

### Payment History

| | J | F | M | A | M | J | J | A | S | O | N | D |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2023 | ✔ | ✔ | ✔ | ✔ | ✔ | ✔ | ✔ | ✔ | ✔ | ✔ | ✔ | ✔ |
| 2022 | **120** | **150** | **60** | **60** | **30** | **30** | ✔ | ✔ | ✔ | ✔ | ✔ | ✔ |
| 2021 | ✔ | ✔ | ✔ | ✔ | **30** | **30** | **30** | **60** | **90** | **120** | **120** | **90** |
| 2020 | **60** | **30** | **30** | **30** | **30** | **30** | **60** | **90** | **120** | **150** | **120** | **120** |
| 2019 | ✔ | ✔ | ✔ | ✔ | **30** | **60** | **90** | **90** | **120** | ✔ | ✔ | **30** |
| 2018 | ✔ | ✔ | ✔ | ✔ | ✔ | ✔ | ✔ | ✔ | ✔ | ✔ | ✔ | ✔ |
| 2017 | ✔ | ✔ | ✔ | ✔ | ✔ | ✔ | ✔ | ✔ | ✔ | ✔ | ✔ | ✔ |

| | | | |
|---|---|---|---|
| ✔ | Current / Terms met | 30 | Past due 30 days |
| 60 | Past due 60 days | 90 | Past due 90 days |
| 120 | Past due 120 days | 150 | Past due 150 days |

**Payment history guide**

150 days past due as of Feb 2022, Oct 2020

120 days past due as of Jan 2022, Nov 2021, Oct 2021, Dec 2020, Nov 2020, Sep 2020, Sep 2019

90 days past due as of Dec 2021, Sep 2021, Aug 2020, Aug 2019, Jul 2019

60 days past due as of Apr 2022, Mar 2022, Aug 2021, Jul 2020, Jan 2020, Jun 2019

30 days past due as of Jun 2022, May 2022, May 2021 to Jul 2021, Feb 2020 to Jun 2020, Dec 2019, May 2019

By Jan 2028, this account is scheduled to go to a positive status.

---

### Balance Histories

| Date | Balance | Scheduled Payment | Paid |
| --- | --- | --- | --- |
| Nov 2023 | $0 | $0 | $0 on 10/31/2023 |
| Oct 2023 | $1,576 | $88 | $0 on 9/22/2023 |
| Sep 2023 | $1,176 | $35 | $0 on 9/22/2023 |
| Aug 2023 | $957 | $25 | $0 on 7/22/2023 |
| Jul 2023 | $0 | $0 | $0 on 7/22/2023 |
| Jun 2023 | $20 | $20 | $0 on 6/22/2023 |
| May 2023 | $45 | $25 | $0 on 5/22/2023 |
| Apr 2023 | $222 | $31 | $0 on 4/22/2023 |
| Mar 2023 | $192 | $25 | $0 on 3/27/2023 |
| Feb 2023 | $207 | $25 | $0 on 2/22/2023 |
| Jan 2023 | $251 | $37 | $0 on 1/27/2023 |
| Dec 2022 | $1,402 | $62 | $0 on 12/24/2022 |
| Nov 2022 | $1,385 | $46 | $0 on 11/22/2022 |
| Oct 2022 | $1,428 | $48 | $0 on 10/22/2022 |
| Sep 2022 | $1,454 | $46 | $0 on 9/22/2022 |
| Aug 2022 | $1,610 | $78 | $0 on 8/22/2022 |
| Jul 2022 | $1,548 | $51 | $0 on 7/22/2022 |
| Jun 2022 | $1,673 | $51 | $0 on 6/22/2022 |
| May 2022 | $1,698 | $54 | $0 on 5/27/2022 |
| Apr 2022 | $1,735 | $54 | $0 on 4/22/2022 |

| Date | Balance | Scheduled Payment | Paid |
|------|---------|-------------------|------|
| **Mar 2022** | **$1,799** | **$57** | **$0 on 3/22/2022** |
| **Feb 2022** | **$2,009** | **$57** | **$0 on 2/22/2022** |
| **Jan 2022** | **$1,971** | **$60** | **$0 on 1/22/2022** |

### Additional info

Between Jan 2022 and Nov 2023, your credit limit/high balance was $1,600

---



### Contact Info

| | |
|--|--|
| Address | **PO BOX 31293,**<br>**SALT LAKE CITY UT 84131** |
| Phone Number | **(800) 955-7070** |

---



### Comment

#### Current:

**Account previously in dispute - investigation complete, reported by data furnisher**

#### Previous:

**Account previously in dispute - investigation complete, reported by data furnisher**

May 2023 to Nov 2023

---

# CAPITAL ONE

**POTENTIALLY NEGATIVE**



### Account Info

| | |
|--|--|
| Account Name | **CAPITAL ONE** |
| Account Number | **517805XXXXXXXXXX** |
| Account Type | **Credit card** |
| Responsibility | **Individual** |
| Date Opened | **02/24/2016** |
| Status | **Open.** |
| Status Updated | **Dec 2021** |
| Balance | **$794** |

| Balance Updated | 01/12/2024 |
| Recent Payment | - |
| Monthly Payment | $53 |
| Credit Limit | $750 |
| Highest Balance | $962 |
| Terms | - |

## $ Payment History

|  | J | F | M | A | M | J | J | A | S | O | N | D |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2024 | ✔ | — | — | — | — | — | — | — | — | — | — | — |
| 2023 | ✔ | ✔ | ✔ | ✔ | ✔ | ✔ | ✔ | ✔ | ✔ | ✔ | ✔ | ✔ |
| 2022 | ✔ | ✔ | ✔ | ✔ | ✔ | ✔ | ✔ | ✔ | ✔ | ✔ | ✔ | ✔ |
| 2021 | ✔ | 30 | 30 | ✔ | ✔ | ✔ | ✔ | ✔ | ✔ | ✔ | 30 | ✔ |
| 2020 | ✔ | ✔ | ✔ | ✔ | ✔ | ✔ | ✔ | ✔ | 30 | 60 | 60 | ✔ |
| 2019 | ✔ | ✔ | ✔ | ✔ | 30 | 60 | 30 | 60 | ✔ | ✔ | ✔ | ✔ |
| 2018 | ✔ | ✔ | ✔ | ✔ | ✔ | ✔ | ✔ | ✔ | ✔ | ✔ | ✔ | ✔ |
| 2017 | — | ✔ | ✔ | ✔ | ✔ | ✔ | ✔ | ✔ | ✔ | ✔ | ✔ | ✔ |

✔ Current / Terms met   30 Past due 30 days

60 Past due 60 days

**Payment history guide**

60 days past due as of Nov 2020, Oct 2020, Aug 2019, Jun 2019

30 days past due as of Nov 2021, Mar 2021, Feb 2021, Sep 2020, Jul 2019, May 2019

By Jul 2028, this account is scheduled to go to a positive status.

 ## Balance Histories

| Date | Balance | Scheduled Payment | Paid |
|---|---|---|---|
| Dec 2023 | $699 | $25 | $0 on 12/12/2023 |
| Nov 2023 | $5 | $5 | $0 on 10/26/2023 |
| Oct 2023 | $596 | $25 | $0 on 10/6/2023 |
| Sep 2023 | $627 | $25 | $0 on 9/6/2023 |
| Aug 2023 | $103 | $31 | $0 on 7/6/2023 |

| Date | Balance | Scheduled Payment | Paid |
|---|---|---|---|
| Jul 2023 | $76 | $25 | $0 on 7/6/2023 |
| Jun 2023 | $99 | $25 | $0 on 6/6/2023 |
| May 2023 | $123 | $27 | $0 on 5/9/2023 |
| Apr 2023 | $120 | $25 | $0 on 4/6/2023 |
| Mar 2023 | $142 | $25 | $0 on 3/6/2023 |
| Feb 2023 | $150 | $25 | $0 on 2/6/2023 |
| Jan 2023 | $661 | $26 | $0 on 1/6/2023 |
| Dec 2022 | $744 | $27 | $0 on 12/6/2022 |
| Nov 2022 | $777 | $27 | $0 on 11/7/2022 |
| Oct 2022 | $838 | $53 | $0 on 10/6/2022 |
| Sep 2022 | $625 | $25 | $0 on 9/6/2022 |
| Aug 2022 | $696 | $26 | $0 on 8/6/2022 |
| Jul 2022 | $780 | $50 | $0 on 7/6/2022 |
| Jun 2022 | $632 | $25 | $0 on 6/6/2022 |
| May 2022 | $644 | $25 | $0 on 5/6/2022 |
| Apr 2022 | $680 | $47 | $0 on 4/6/2022 |
| Mar 2022 | $643 | $25 | $0 on 3/7/2022 |
| Feb 2022 | $691 | $25 | $0 on 2/7/2022 |
| Jan 2022 | $777 | $27 | $0 on 1/6/2022 |

### Additional info

Between Jan 2022 and Dec 2023, your credit limit/high balance was $750

---

 **Contact Info**

| Address | PO BOX 31293, |
|---|---|
| | SALT LAKE CITY UT 84131 |
| Phone Number | (800) 955-7070 |

# CAPITAL ONE AUTO FINANCE
**POTENTIALLY NEGATIVE**

## Account Info

| | |
|---|---|
| Account Name | **CAPITAL ONE AUTO FINANCE** |
| Account Number | **620635XXXXXXXXXXX** |
| Account Type | **Auto Loan** |
| Responsibility | **Individual** |
| Date Opened | **10/09/2017** |
| Status | **Paid, Closed.** |
| Status Updated | **Jan 2023** |
| Balance | **-** |
| Balance Updated | **-** |
| Recent Payment | **-** |
| Monthly Payment | **-** |
| Original Balance | **$19,733** |
| Highest Balance | **-** |
| Terms | **73 Months** |

## Payment History

| | J | F | M | A | M | J | J | A | S | O | N | D |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2023 | CLS | — | — | — | — | — | — | — | — | — | — | — |
| 2022 | ✔ | 30 | 30 | 30 | 30 | 30 | ✔ | ✔ | ✔ | ✔ | ✔ | ✔ |
| 2021 | 30 | 30 | 30 | 60 | 60 | 60 | ✔ | 30 | ✔ | ✔ | ✔ | ✔ |
| 2020 | 30 | 60 | ✔ | ✔ | ✔ | ✔ | ✔ | ✔ | ✔ | ✔ | ✔ | 30 |
| 2019 | ✔ | ✔ | ✔ | ✔ | ✔ | 30 | 60 | 30 | ✔ | ✔ | ✔ | 30 |
| 2018 | ✔ | ✔ | ✔ | ✔ | ✔ | ✔ | ✔ | ✔ | ✔ | ✔ | ✔ | ✔ |
| 2017 | — | — | — | — | — | — | — | — | ✔ | ✔ | ✔ | ✔ |

| | | | |
|---|---|---|---|
| ✔ Current / Terms met | 30 Past due 30 days | | |
| 60 Past due 60 days | CLS Closed | | |

**Payment history guide**

60 days past due as of Apr 2021 to Jun 2021, Feb 2020, Jul 2019

30 days past due as of Feb 2022 to Jun 2022, Aug 2021, Dec 2020 to Mar 2021, Jan 2020, Dec 2019, Aug 2019, Jun 2019

 **Balance Histories**

| Date | Balance | Scheduled Payment | Paid |
|------|---------|-------------------|------|
| **Dec 2022** | **$6,723** | **$440** | **$460 on 12/1/2022** |
| **Nov 2022** | **$7,100** | **$440** | **$0 on 10/15/2022** |
| **Oct 2022** | **$6,995** | **$440** | **$450 on 10/15/2022** |
| **Sep 2022** | **$7,356** | **$440** | **$460 on 9/10/2022** |
| **Aug 2022** | **$7,726** | **$440** | **$765 on 8/8/2022** |
| **Jul 2022** | **$8,393** | **$440** | **$650 on 7/22/2022** |
| **Jun 2022** | **$8,935** | **$440** | **$740 on 6/24/2022** |
| **May 2022** | **$9,241** | **$440** | **$713 on 5/28/2022** |
| **Apr 2022** | **$9,835** | **$440** | **$450 on 4/1/2022** |
| **Mar 2022** | **$10,166** | **$440** | **$500 on 3/1/2022** |
| **Feb 2022** | **$10,539** | **$440** | **$0 on 1/15/2022** |
| **Jan 2022** | **$10,399** | **$440** | **$450 on 1/15/2022** |

**Additional info**

The original amount of this account was $19,733

 **Contact Info**

| Address | **PO BOX 259407,** |
| | **PLANO TX 75025** |
| Phone Number | **(800) 946-0332** |

---

## CITIZENS PAY CREDIT LINE

 **Account Info**

| Account Name | **CITIZENS PAY CREDIT LINE** |
|---|---|
| Account Number | **605830XXXXXXXXXX** |
| Account Type | **Line of Credit** |
| Responsibility | **Individual** |
| Date Opened | **08/02/2023** |

| | |
|---|---|
| Status | **Open/Never late.** |
| Status Updated | **Jan 2024** |
| Balance | **$1,276** |
| Balance Updated | **01/11/2024** |
| Recent Payment | **$100 as of 12/29/2023** |
| Monthly Payment | **$182** |
| Credit Limit | **$2,500** |
| Highest Balance | **$2,181** |
| Terms | **-** |

## Payment History

| | J | F | M | A | M | J | J | A | S | O | N | D |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2024 | ✓ | — | — | — | — | — | — | — | — | — | — | — |
| 2023 | — | — | — | — | — | — | — | ✓ | ✓ | ✓ | ✓ | ✓ |

✓  Current / Terms met

## Balance Histories

| Date | Balance | Scheduled Payment | Paid |
|---|---|---|---|
| **Dec 2023** | **$740** | **$89** | **$0 on 10/26/2023** |
| **Nov 2023** | **$0** | **$0** | **$1,682 on 10/26/2023** |
| **Oct 2023** | **$1,473** | **$111** | **$240 on 9/29/2023** |
| **Sep 2023** | **$1,682** | **$115** | **$0** |
| **Aug 2023** | **$2,181** | **$115** | **$0** |

### Additional info

Between Aug 2023 and Dec 2023, your credit limit/high balance was $2,500

## Contact Info

| | |
|---|---|
| Address | **100 SOCKANOSSET CROSS ROADS,**<br>**CRANSTON RI 02920** |
| Phone Number | **(888) 411-2410** |

## COMMUNITY CU OF FLORIDA

 **Account Info**

| | |
|---|---|
| Account Name | **COMMUNITY CU OF FLORIDA** |
| Account Number | **209858XXXX** |
| Account Type | **Unsecured** |
| Responsibility | **Joint** |
| Date Opened | **10/20/2023** |
| Status | **Open/Never late.** |
| Status Updated | **Dec 2023** |
| Balance | **$17,271** |
| Balance Updated | **12/31/2023** |
| Recent Payment | **$453 as of 12/6/2023** |
| Monthly Payment | **$525** |
| Original Balance | **$17,340** |
| Highest Balance | **-** |
| Terms | **48 Months** |

 **Payment History**

| | J | F | M | A | M | J | J | A | S | O | N | D |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2023 | — | — | — | — | — | — | — | — | — | ✓ | ✓ | ✓ |

✓ Current / Terms met

**Balance Histories**

| Date | Balance | Scheduled Payment | Paid |
|---|---|---|---|
| **Nov 2023** | **$17,385** | **$525** | **$80 on 11/30/2023** |
| **Oct 2023** | **$17,362** | **$525** | **$0** |

**Additional info**

The original amount of this account was $17,340

**Contact Info**

Address

**1030 S US HIGHWAY 1,
ROCKLEDGE FL 32955**

Phone Number                                    (321) 690-2328

## COMMUNITY CU OF FLORIDA

 ### Account Info

| | |
|---|---|
| Account Name | COMMUNITY CU OF FLORIDA |
| Account Number | 209858XXXX |
| Account Type | Unsecured |
| Responsibility | Individual |
| Date Opened | 12/01/2023 |
| Status | Open/Never late. |
| Status Updated | Dec 2023 |
| Balance | $1,303 |
| Balance Updated | 12/31/2023 |
| Recent Payment | - |
| Monthly Payment | $127 |
| Original Balance | $1,303 |
| Highest Balance | - |
| Terms | 12 Months |

### $ Payment History

|      | J | F | M | A | M | J | J | A | S | O | N | D |
|------|---|---|---|---|---|---|---|---|---|---|---|---|
| 2023 | — | — | — | — | — | — | — | — | — | — | — | ✓ |

✓  Current / Terms met

### ✉ Contact Info

| | |
|---|---|
| Address | 1030 S US HIGHWAY 1, ROCKLEDGE FL 32955 |
| Phone Number | (321) 690-2328 |

## CREDIT ONE BANK

 ### Account Info

| | |
|---|---|
| Account Name | CREDIT ONE BANK |

| | |
|---|---|
| Account Number | 379364XXXXXXXXX |
| Account Type | Credit card |
| Responsibility | Individual |
| Date Opened | 10/30/2023 |
| Status | Closed/Never late. |
| Status Updated | Jan 2024 |
| Balance | $402 |
| Balance Updated | 01/19/2024 |
| Recent Payment | - |
| Monthly Payment | $30 |
| Credit Limit | $500 |
| Highest Balance | $402 |
| Terms | - |
| On Record Until | Jan 2034 |

## $ Payment History

| | J | F | M | A | M | J | J | A | S | O | N | D |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2024 | CLS | — | — | — | — | — | — | — | — | — | — | — |
| 2023 | — | — | — | — | — | — | — | — | — | — | ✓ | ✓ |

✓  Current / Terms met      CLS   Closed

This account is scheduled to continue on record until Jan 2034.

## Balance Histories

| Date | Balance | Scheduled Payment | Paid |
|---|---|---|---|
| **Dec 2023** | **$334** | **$30** | **$100 on 12/7/2023** |

### Additional info

As of Dec 2023 your credit limit/high balance was $500

## ✉ Contact Info

| | |
|---|---|
| Address | PO BOX 98875, LAS VEGAS NV 89193 |
| Phone Number | (877) 825-3242 |



### Comment

**Current:**

Account closed at credit grantor's request.

**Previous:**

None



## DEPT OF EDUCATION/NELNET

### Account Info

| | |
|---|---|
| Account Name | **DEPT OF EDUCATION/NELNET** |
| Account Number | **900000XXXXXXXXXX** |
| Account Type | **Education** |
| Responsibility | **Individual** |
| Date Opened | **08/29/2019** |
| Status | **Transferred,closed/Never late.** |
| Status Updated | **Apr 2023** |
| Balance | **-** |
| Balance Updated | **-** |
| Recent Payment | **-** |
| Monthly Payment | **-** |
| Original Balance | **$32,929** |
| Highest Balance | **-** |
| Terms | **300 Months** |
| On Record Until | **Apr 2033** |

### Payment History

| | J | F | M | A | M | J | J | A | S | O | N | D |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2023 | ✔ | ✔ | ✔ | CLS | — | — | — | — | — | — | — | — |
| 2022 | ✔ | ✔ | ✔ | ✔ | ✔ | ✔ | ✔ | ✔ | ✔ | ✔ | ✔ | ✔ |
| 2021 | ✔ | ✔ | ✔ | ✔ | ✔ | ✔ | ✔ | ✔ | ✔ | ✔ | ✔ | ✔ |
| 2020 | ✔ | ✔ | ✔ | ✔ | ✔ | ✔ | ✔ | ✔ | ✔ | ✔ | ✔ | ✔ |
| 2019 | — | — | — | — | — | — | — | ✔ | ND | ✔ | ✔ | ✔ |

✔  Current / Terms met   CLS  Closed

ND  No data for this
period

This account is scheduled to continue on record until Apr 2033.

---

 **Balance Histories**

| Date | Balance | Scheduled Payment | Paid |
|------|---------|-------------------|------|
| **Mar 2023** | **$33,217** | **$0** | **$0 on 3/7/2023** |
| **Feb 2023** | **$33,217** | **$0** | **$0 on 2/7/2023** |
| **Jan 2023** | **$33,217** | **$0** | **$0 on 1/7/2023** |
| **Dec 2022** | **$33,217** | **$0** | **$0 on 12/7/2022** |
| **Nov 2022** | **$33,217** | **$0** | **$0 on 11/7/2022** |
| **Oct 2022** | **$33,217** | **$0** | **$0 on 10/7/2022** |
| **Sep 2022** | **$33,217** | **$0** | **$0 on 9/7/2022** |
| **Aug 2022** | **$33,217** | **$0** | **$0 on 8/7/2022** |
| **Jul 2022** | **$33,217** | **$0** | **$0 on 7/7/2022** |
| **Jun 2022** | **$33,217** | **$0** | **$0 on 6/7/2022** |
| **May 2022** | **$33,217** | **$0** | **$0 on 5/7/2022** |
| **Apr 2022** | **$33,217** | **$0** | **$0 on 4/7/2022** |
| **Mar 2022** | **$33,217** | **$0** | **$0 on 3/7/2022** |
| **Feb 2022** | **$33,217** | **$0** | **$0 on 2/7/2022** |
| **Jan 2022** | **$33,217** | **$0** | **$0 on 1/7/2022** |

### Additional info

The original amount of this account was $32,929

---

### ✉ Contact Info

| | |
|---|---|
| Address | **PO BOX 82561,**
**LINCOLN NE 68501** |
| Phone Number | **(888) 486-4722** |

---



## Comment

**Current:**

**Account closed due to transfer.**

**Previous:**

**None**

## DEPT OF EDUCATION/NELNET



### Account Info

| | |
|---|---|
| Account Name | **DEPT OF EDUCATION/NELNET** |
| Account Number | **900000XXXXXXXXXX** |
| Account Type | **Education** |
| Responsibility | **Individual** |
| Date Opened | **08/29/2019** |
| Status | **Transferred,closed/Never late.** |
| Status Updated | **Apr 2023** |
| Balance | **-** |
| Balance Updated | **-** |
| Recent Payment | **-** |
| Monthly Payment | **-** |
| Original Balance | **$192,610** |
| Highest Balance | **-** |
| Terms | **300 Months** |
| On Record Until | **Apr 2033** |

### Payment History

| | J | F | M | A | M | J | J | A | S | O | N | D |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2023 | ✔ | ✔ | ✔ | CLS | — | — | — | — | — | — | — | — |
| 2022 | ✔ | ✔ | ✔ | ✔ | ✔ | ✔ | ✔ | ✔ | ✔ | ✔ | ✔ | ✔ |
| 2021 | ✔ | ✔ | ✔ | ✔ | ✔ | ✔ | ✔ | ✔ | ✔ | ✔ | ✔ | ✔ |
| 2020 | ✔ | ✔ | ✔ | ✔ | ✔ | ✔ | ✔ | ✔ | ✔ | ✔ | ✔ | ✔ |
| 2019 | — | — | — | — | — | — | — | ✔ | ND | ✔ | ✔ | ✔ |

✔  Current / Terms met   CLS  Closed

ND No data for this period

This account is scheduled to continue on record until Apr 2033.

---

### Balance Histories

| Date | Balance | Scheduled Payment | Paid |
|------|---------|-------------------|------|
| **Mar 2023** | **$198,185** | **$0** | **$0 on 3/7/2023** |
| **Feb 2023** | **$198,185** | **$0** | **$0 on 2/7/2023** |
| **Jan 2023** | **$198,185** | **$0** | **$0 on 1/7/2023** |
| **Dec 2022** | **$198,185** | **$0** | **$0 on 12/7/2022** |
| **Nov 2022** | **$198,185** | **$0** | **$0 on 11/7/2022** |
| **Oct 2022** | **$198,185** | **$0** | **$0 on 10/7/2022** |
| **Sep 2022** | **$198,185** | **$0** | **$0 on 9/7/2022** |
| **Aug 2022** | **$198,185** | **$0** | **$0 on 8/7/2022** |
| **Jul 2022** | **$198,185** | **$0** | **$0 on 7/7/2022** |
| **Jun 2022** | **$198,185** | **$0** | **$0 on 6/7/2022** |
| **May 2022** | **$198,185** | **$0** | **$0 on 5/7/2022** |
| **Apr 2022** | **$198,185** | **$0** | **$0 on 4/7/2022** |
| **Mar 2022** | **$198,185** | **$0** | **$0 on 3/7/2022** |
| **Feb 2022** | **$198,185** | **$0** | **$0 on 2/7/2022** |
| **Jan 2022** | **$198,185** | **$0** | **$0 on 1/7/2022** |

### Additional info

The original amount of this account was $192,610

---



### Contact Info

| | |
|---|---|
| Address | **PO BOX 82561, LINCOLN NE 68501** |
| Phone Number | **(888) 486-4722** |



## Comment

**Current:**

**Account closed due to transfer.**

**Previous:**

**None**

## DISCOVER BANK



### Account Info

| | |
|---|---|
| Account Name | **DISCOVER BANK** |
| Account Number | **601101XXXXXXXXXX** |
| Account Type | **Credit card** |
| Responsibility | **Authorized user** |
| Date Opened | **06/08/2021** |
| Status | **Open/Never late.** |
| Status Updated | **Apr 2023** |
| Balance | **-** |
| Balance Updated | **-** |
| Recent Payment | **-** |
| Monthly Payment | **$35** |
| Credit Limit | **$12,500** |
| Highest Balance | **$6,759** |
| Terms | **-** |

### $ Payment History

| | J | F | M | A | M | J | J | A | S | O | N | D |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2023 | ✓ | ✓ | ✓ | ✓ | — | — | — | — | — | — | — | — |
| 2022 | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |
| 2021 | — | — | — | — | — | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |

✓ Current / Terms met



### Balance Histories

| Date | Balance | Scheduled Payment | Paid |
|------|---------|-------------------|------|
| **Mar 2023** | **$1,600** | **$35** | **$0 on 3/3/2023** |
| **Feb 2023** | **$2,000** | **$40** | **$0 on 2/1/2023** |
| **Jan 2023** | **$2,413** | **$49** | **$0 on 1/5/2023** |
| **Dec 2022** | **$2,613** | **$53** | **$0 on 12/4/2022** |
| **Nov 2022** | **$3,013** | **$61** | **$0 on 10/30/2022** |
| **Oct 2022** | **$3,413** | **$69** | **$0 on 10/3/2022** |
| **Sep 2022** | **$3,810** | **$77** | **$0 on 9/1/2022** |
| **Aug 2022** | **$4,399** | **$88** | **$0 on 7/31/2022** |
| **Jul 2022** | **$5,000** | **$100** | **$0 on 6/30/2022** |
| **Jun 2022** | **$5,659** | **$114** | **$0 on 5/29/2022** |
| **May 2022** | **$6,159** | **$124** | **$0 on 4/27/2022** |
| **Apr 2022** | **$6,759** | **$136** | **$0 on 4/3/2022** |
| **Mar 2022** | **$3,890** | **$78** | **$0 on 3/4/2022** |
| **Feb 2022** | **$4,440** | **$89** | **$0 on 2/2/2022** |
| **Jan 2022** | **$4,690** | **$94** | **$0 on 1/4/2022** |

### Additional info

Between Jan 2023 and Mar 2023, your credit limit/high balance was $12,500

Between May 2022 and Dec 2022, your credit limit/high balance was $10,500

Between Jan 2022 and Apr 2022, your credit limit/high balance was $9,000

---

 ### Contact Info

| | |
|------|------|
| Address | PO BOX 30939,<br>SALT LAKE CITY UT 84130 |
| Phone Number | (800) 347-2683 |

---

## HY CITE CORP/ROYAL PRESTIGE

**POTENTIALLY NEGATIVE**

 **Account Info**

| | |
|---|---|
| Account Name | **HY CITE CORP/ROYAL PRESTIGE** |
| Account Number | **2310XXXX** |
| Account Type | **Sales Contract** |
| Responsibility | **Individual** |
| Date Opened | **04/20/2015** |
| Status | **Open.** |
| Status Updated | **Sep 2021** |
| Balance | **$0** |
| Balance Updated | **02/28/2023** |
| Recent Payment | **$133 as of 2/15/2023** |
| Monthly Payment | **$0** |
| Original Balance | **$2,465** |
| Highest Balance | **-** |
| Terms | **-** |

**$ Payment History**

| | J | F | M | A | M | J | J | A | S | O | N | D |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2023 | ✔ | ✔ | — | — | — | — | — | — | — | — | — | — |
| 2022 | ✔ | ✔ | ✔ | ✔ | ✔ | ✔ | ✔ | ✔ | ✔ | ✔ | ✔ | ✔ |
| 2021 | ✔ | ✔ | ✔ | ✔ | **30** | ✔ | **30** | **30** | ✔ | ✔ | ✔ | ✔ |
| 2020 | ✔ | **30** | ✔ | ✔ | ✔ | ✔ | ✔ | ✔ | ✔ | ✔ | ✔ | **30** |
| 2019 | ✔ | ✔ | ✔ | ✔ | ✔ | ✔ | ✔ | ✔ | ✔ | ✔ | ✔ | ✔ |
| 2018 | ✔ | ✔ | ✔ | ✔ | ✔ | ✔ | ✔ | ND | ND | ND | ND | ND |
| 2017 | ✔ | ✔ | ✔ | ✔ | ✔ | ✔ | ✔ | ✔ | ✔ | ✔ | ✔ | ✔ |
| 2016 | — | — | ✔ | ✔ | ✔ | ✔ | ✔ | ND | ✔ | ✔ | ✔ | ✔ |

✔ Current / Terms met   **30** Past due 30 days

ND No data for this period

**Payment history guide**

30 days past due as of Aug 2021, Jul 2021, May 2021, Dec 2020, Feb 2020

By Mar 2028, this account is scheduled to go to a positive status.

**⊟ Balance Histories**

| Date | Balance | Scheduled Payment | Paid |
|------|---------|-------------------|------|
| **Jan 2023** | **$133** | **$98** | **$672 on 1/27/2023** |
| **Dec 2022** | **$770** | **$98** | **$98 on 12/22/2022** |
| **Nov 2022** | **$852** | **$98** | **$98 on 11/22/2022** |
| **Oct 2022** | **$931** | **$98** | **$98 on 10/24/2022** |
| **Sep 2022** | **$1,010** | **$98** | **$98 on 9/22/2022** |
| **Aug 2022** | **$1,086** | **$98** | **$98 on 8/31/2022** |
| **Jul 2022** | **$1,142** | **$98** | **$98 on 7/22/2022** |
| **Jun 2022** | **$1,216** | **$98** | **$200 on 6/24/2022** |
| **May 2022** | **$1,462** | **$98** | **$98 on 4/22/2022** |
| **Apr 2022** | **$1,415** | **$98** | **$98 on 4/22/2022** |
| **Mar 2022** | **$1,555** | **$98** | **$98 on 3/25/2022** |
| **Feb 2022** | **$1,605** | **$98** | **$98 on 1/24/2022** |
| **Jan 2022** | **$1,555** | **$98** | **$98 on 1/24/2022** |

**Additional info**

The original amount of this account was $2,465

---



### Contact Info

| | |
|------|------|
| Address | **333 HOLTZMAN RD,**<br>**MADISON WI 53713** |
| Phone Number | **(608) 273-3373** |

---



## KIKOFF LENDING LLC

### Account Info

| | |
|------|------|
| Account Name | **KIKOFF LENDING LLC** |
| Account Number | **CLXCNZXXXX** |
| Account Type | **Charge Card** |
| Responsibility | **Individual** |
| Date Opened | **06/21/2021** |

| | |
|---|---|
| Status | **Open/Never late.** |
| Status Updated | **Dec 2023** |
| Balance | **$0** |
| Balance Updated | **12/31/2023** |
| Recent Payment | - |
| Monthly Payment | **$0** |
| Credit Limit | **$500** |
| Highest Balance | **$20** |
| Terms | - |

## $ Payment History

| | J | F | M | A | M | J | J | A | S | O | N | D |
|------|---|---|---|---|---|---|---|---|---|---|---|---|
| 2023 | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |
| 2022 | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |
| 2021 | — | — | — | — | — | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |

✓  Current / Terms met

## Balance Histories

| Date | Balance | Scheduled Payment | Paid |
|------|---------|-------------------|------|
| **Nov 2023** | **$0** | **$0** | **$0 on 4/28/2022** |
| **Oct 2023** | **$0** | **$0** | **$0 on 4/28/2022** |
| **Sep 2023** | **$0** | **$0** | **$0 on 4/28/2022** |
| **Aug 2023** | **$0** | **$0** | **$0 on 4/28/2022** |
| **Jul 2023** | **$0** | **$0** | **$0 on 4/28/2022** |
| **Jun 2023** | **$0** | **$0** | **$0 on 4/28/2022** |
| **May 2023** | **$0** | **$0** | **$0 on 4/28/2022** |
| **Apr 2023** | **$0** | **$0** | **$0 on 4/28/2022** |
| **Mar 2023** | **$0** | **$0** | **$0 on 4/28/2022** |
| **Feb 2023** | **$0** | **$0** | **$0 on 4/28/2022** |
| **Jan 2023** | **$0** | **$0** | **$0 on 4/28/2022** |

| Date | Balance | Scheduled Payment | Paid |
|------|---------|-------------------|------|
| **Dec 2022** | $0 | $0 | **$0 on 4/28/2022** |
| **Nov 2022** | $0 | $0 | **$0 on 4/28/2022** |
| **Oct 2022** | $0 | $0 | **$0 on 4/28/2022** |
| **Sep 2022** | $0 | $0 | **$0 on 4/28/2022** |
| **Aug 2022** | $0 | $0 | **$0 on 4/28/2022** |
| **Jul 2022** | $0 | $0 | **$0 on 4/28/2022** |
| **Jun 2022** | $0 | $0 | **$0 on 4/28/2022** |
| **May 2022** | $0 | $0 | **$0 on 4/28/2022** |
| **Apr 2022** | $0 | $0 | **$2 on 4/28/2022** |
| **Mar 2022** | $2 | $2 | **$4 on 3/28/2022** |
| **Feb 2022** | $6 | $2 | **$0 on 1/28/2022** |
| **Jan 2022** | $6 | $2 | **$2 on 1/28/2022** |

**Additional info**

Between Jan 2022 and Nov 2023, your credit limit/high balance was $500

---

 **Contact Info**

| | |
|--|--|
| Address | **PO BOX 40070,**<br>**RENO NV 89504** |
| Phone Number | [(775) 993-6992](tel:7759936992) |

---

## KOHLS/CAPONE

 **Account Info**

| | |
|--|--|
| Account Name | **KOHLS/CAPONE** |
| Account Number | **639305XXXXXXXXXX** |
| Account Type | **Charge Card** |
| Responsibility | **Individual** |
| Date Opened | **12/31/2010** |
| Status | **Paid, Closed/Never late.** |
| Status Updated | **May 2018** |

| | |
|---|---|
| Balance | - |
| Balance Updated | - |
| Recent Payment | - |
| Monthly Payment | - |
| Credit Limit | **$700** |
| Highest Balance | **$785** |
| Terms | - |
| On Record Until | **May 2028** |

 **Payment History**

| | J | F | M | A | M | J | J | A | S | O | N | D |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2018 | CLS | CLS | CLS | CLS | CLS | — | — | — | — | — | — | — |
| 2017 | ✓ | ✓ | ✓ | ✓ | CLS | CLS | CLS | CLS | CLS | CLS | CLS | CLS |
| 2016 | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ND | ✓ | ✓ | ✓ |
| 2015 | ✓ | ✓ | ✓ | ✓ | ND | ND | ND | ND | ND | ND | ✓ | ✓ |
| 2014 | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |
| 2013 | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |
| 2012 | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |
| 2011 | — | — | — | — | — | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |

✓ Current / Terms met    CLS Closed

ND No data for this period

This account is scheduled to continue on record until May 2028.

 **Contact Info**

| | |
|---|---|
| Address | **PO BOX 3115,**<br>**MILWAUKEE WI 53201** |
| Phone Number | **(800) 564-5740** |

**Comment**

**Current:**

**Account closed at credit grantor's request.**

**Previous:**

None

# MOHELA/DEPT OF ED



## Account Info

| | |
|---|---|
| Account Name | **MOHELA/DEPT OF ED** |
| Account Number | **517470XXXXXXXXXXX** |
| Account Type | **Education** |
| Responsibility | **Individual** |
| Date Opened | **08/29/2019** |
| Status | **Open/Never late. Deferred, payments begin Jan 2024.** |
| Status Updated | **Dec 2023** |
| Balance | **$231,402** |
| Balance Updated | **12/31/2023** |
| Recent Payment | **-** |
| Monthly Payment | **$0** |
| Original Balance | **$225,539** |
| Highest Balance | **-** |
| Terms | **-** |

## Payment History

| | J | F | M | A | M | J | J | A | S | O | N | D |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2023 | — | — | — | ✔ | ✔ | ✔ | ✔ | ✔ | ✔ | ND | ND | ✔ |

✔ Current / Terms met    ND   No data for this period

## Balance Histories

| Date | Balance | Scheduled Payment | Paid |
|---|---|---|---|
| **Nov 2023** | **$234,676** | **$0** | **$0 on 8/1/2023** |
| **Oct 2023** | **$233,587** | **$0** | **$0 on 8/1/2023** |
| **Aug 2023** | **$231,402** | **$0** | **$0 on 8/1/2023** |
| **Jul 2023** | **$231,402** | **$0** | **$0 on 7/1/2023** |

**Additional info**

The original amount of this account was $225,539

 **Contact Info**

| | |
|---|---|
| Address | **633 SPIRIT DR,**<br>**CHESTERFIELD MO 63005** |
| Phone Number | **(888) 866-4352** |

 **Comment**

**Current:**

**None**

**Previous:**

**Payment Deferred.**

Oct 2023 to Nov 2023

## NAVIENT

 **Account Info**

| | |
|---|---|
| Account Name | **NAVIENT** |
| Account Number | **947032XXXXXXXXXXXXXXXXXXXXXXX** |
| Account Type | **Education** |
| Responsibility | **Individual** |
| Date Opened | **06/20/2006** |
| Status | **Paid, Closed/Never late.** |
| Status Updated | **Aug 2019** |
| Balance | **-** |
| Balance Updated | **-** |
| Recent Payment | **-** |
| Monthly Payment | **-** |
| Original Balance | **$60,026** |
| Highest Balance | **-** |
| Terms | **170 Months** |
| On Record Until | **Aug 2029** |

$ **Payment History**

|      | J | F | M | A | M | J | J | A   | S | O | N | D |
|------|---|---|---|---|---|---|---|-----|---|---|---|---|
| 2019 | — | — | — | — | ✔ | ✔ | ✔ | CLS | — | — | — | — |

✔  Current / Terms met    CLS  Closed

This account is scheduled to continue on record until Aug 2029.

---

✉ **Contact Info**

Address                              PO BOX 9500,
                                     WILKES BARRE PA 18773

---

## PENNYMAC LOAN SERVICES L

**POTENTIALLY NEGATIVE**

---

📇 **Account Info**

| | |
|---|---|
| Account Name | **PENNYMAC LOAN SERVICES L** |
| Account Number | **SSE001XXXXXXXXXX** |
| Account Type | **FHA Mortgage** |
| Responsibility | **Joint** |
| Date Opened | **07/31/2023** |
| Status | **Open. $6,352 past due as of Jan 2024.** |
| Status Updated | **Jan 2024** |
| Balance | **$395,681** |
| Balance Updated | **01/04/2024** |
| Recent Payment | **$116 as of 12/30/2023** |
| Monthly Payment | **$3,176** |
| Original Balance | **$392,656** |
| Highest Balance | **-** |
| Terms | **30 Years** |
| Mortgage Identification Number | **100759400002751512** |

---

💲 **Payment History**

|      | J  | F | M | A | M | J | J | A | S | O | N | D  |
|------|----|---|---|---|---|---|---|---|---|---|---|----|
| 2024 | **60** | — | — | — | — | — | — | — | — | — | — | — |
| 2023 | —  | — | — | — | — | — | — | — | — | — | ✔ | ND |

✓  Current / Terms met      **60**    Past due 60 days

ND   No data for this
      period

## Payment history guide

60 days past due as of Jan 2024

By Aug 2030, this account is scheduled to go to a positive status.

---

 ## Balance Histories

| Date | Balance | Scheduled Payment | Paid |
|---|---|---|---|
| **Nov 2023** | **$391,719** | **$3,176** | **$3,296 on 10/13/2023** |

### Additional info

The original amount of this account was $392,656

---

 ## Contact Info

| | |
|---|---|
| Address | PO BOX 514387,<br>LOS ANGELES CA 90051 |
| Phone Number | (866) 545-9070 |

---

# SPACE COAST CREDIT UNION

**POTENTIALLY NEGATIVE**

## Account Info

| | |
|---|---|
| Account Name | **SPACE COAST CREDIT UNION** |
| Account Number | **200057XXXXXX** |
| Account Type | **Auto Loan** |
| Responsibility | **Individual** |
| Date Opened | **09/30/2010** |
| Status | **Paid, Closed.** |
| Status Updated | **Aug 2017** |
| Balance | **-** |
| Balance Updated | **-** |
| Recent Payment | **-** |
| Monthly Payment | **-** |
| Original Balance | **$14,273** |
| Highest Balance | **-** |

Terms

72 Months

---

## 💲 Payment History

|      | J | F | M | A | M | J | J | A | S | O | N | D |
|------|---|---|---|---|---|---|---|---|---|---|---|---|
| 2017 | ✓ | ✓ | ✓ | ✓ | ✓ | ND | **30** | **30** | — | — | — | — |
| 2016 | ✓ | ✓ | ✓ | ✓ | ND | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |
| 2015 | ND | ND | ✓ | ND | ✓ | ND | ND | ✓ | ✓ | ✓ | ND | ✓ |
| 2014 | ✓ | ✓ | ✓ | ✓ | ND | ND | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |
| 2013 | ✓ | ✓ | ND | ✓ | ND | ND | ND | ND | ✓ | ✓ | ✓ | ✓ |
| 2012 | ✓ | ✓ | ND | ✓ | ✓ | ✓ | ✓ | ND | ✓ | ✓ | ✓ | ND |
| 2011 | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |
| 2010 | — | — | — | — | — | — | — | — | ✓ | ✓ | ✓ | ✓ |

✓   Current / Terms met    **30**   Past due 30 days

ND   No data for this period

### Payment history guide

30 days past due as of Aug 2017, Jul 2017, Jul 2017

---

## ✉ Contact Info

| | |
|---|---|
| Address | **8045 N WICKHAM RD, MELBOURNE FL 32940** |
| Phone Number | **(321) 752-2222** |

---

# SYNCB/ASHLEY HOMESTORES

 ## Account Info

| | |
|---|---|
| Account Name | **SYNCB/ASHLEY HOMESTORES** |
| Account Number | **601919XXXXXXXXXX** |
| Account Type | **Charge Card** |
| Responsibility | **Individual** |
| Date Opened | **08/11/2023** |
| Status | **Paid, Closed/Never late.** |
| Status Updated | **Nov 2023** |
| Balance | **-** |
| Balance Updated | **-** |

| | |
|---|---|
| Recent Payment | - |
| Monthly Payment | - |
| Credit Limit | **$3,000** |
| Highest Balance | **$3,141** |
| Terms | - |
| On Record Until | **Nov 2033** |

## $ Payment History

| | J | F | M | A | M | J | J | A | S | O | N | D |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **2023** | — | — | — | — | — | — | — | ✓ | ✓ | ✓ | CLS | — |

✓ Current / Terms met    CLS   Closed

This account is scheduled to continue on record until Nov 2033.

##  Balance Histories

| Date | Balance | Scheduled Payment | Paid |
|---|---|---|---|
| **Oct 2023** | **$3,141** | **$80** | **$0 on 10/16/2023** |
| **Sep 2023** | **$3,086** | **$83** | **$0 on 9/24/2023** |
| **Aug 2023** | **$3,003** | **$80** | **$0** |

### Additional info

Between Aug 2023 and Oct 2023, your credit limit/high balance was $3,000

## ✉ Contact Info

| | |
|---|---|
| Address | **C/O P O BOX 965036, ORLANDO FL 32896** |
| Phone Number | **(866) 396-8254** |

##  Comment

### Current:

**Account closed at credit grantor's request.**

### Previous:

None

# SYNCB/JCPENNEY

 **Account Info**

| | |
|---|---|
| Account Name | **SYNCB/JCPENNEY** |
| Account Number | **600889XXXXXXXXXX** |
| Account Type | **Charge Card** |
| Responsibility | **Individual** |
| Date Opened | **10/04/2023** |
| Status | **Open/Never late.** |
| Status Updated | **Jan 2024** |
| Balance | **$332** |
| Balance Updated | **01/16/2024** |
| Recent Payment | **$60 as of 1/14/2024** |
| Monthly Payment | **$44** |
| Credit Limit | **$700** |
| Highest Balance | **$382** |
| Terms | **-** |

 **Payment History**

|  | J | F | M | A | M | J | J | A | S | O | N | D |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2024 | ✔ | — | — | — | — | — | — | — | — | — | — | — |
| 2023 | — | — | — | — | — | — | — | — | — | ✔ | ✔ | ✔ |

✔  Current / Terms met

**Balance Histories**

| Date | Balance | Scheduled Payment | Paid |
|---|---|---|---|
| **Dec 2023** | **$352** | **$30** | **$0** |
| **Nov 2023** | **$0** | **$0** | **$0** |
| **Oct 2023** | **$0** | **$0** | **$0** |
| **Oct 2023** | **$0** | **$0** | **$0** |

### Additional info

Between Oct 2023 and Dec 2023, your credit limit/high balance was $700

 **Contact Info**

| | |
|---|---|
| Address | PO BOX 965007, ORLANDO FL 32896 |
| Phone Number | (800) 542-0800 |

# SYNCB/LOWES

 **Account Info**

| | |
|---|---|
| Account Name | SYNCB/LOWES |
| Account Number | 798192XXXXXXXXXX |
| Account Type | Charge Card |
| Responsibility | Individual |
| Date Opened | 08/04/2023 |
| Status | Closed/Never late. |
| Status Updated | Jan 2024 |
| Balance | $181 |
| Balance Updated | 01/10/2024 |
| Recent Payment | - |
| Monthly Payment | $45 |
| Credit Limit | $3,000 |
| Highest Balance | $2,593 |
| Terms | - |
| On Record Until | Jan 2034 |

## 💲 Payment History

| | J | F | M | A | M | J | J | A | S | O | N | D |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2024 | CLS | — | — | — | — | — | — | — | — | — | — | — |
| 2023 | — | — | — | — | — | — | — | ✓ | ✓ | ✓ | CLS | CLS |

✓ Current / Terms met     CLS Closed

This account is scheduled to continue on record until Jan 2034.

 **Balance Histories**

| Date | Balance | Scheduled Payment | Paid |
|------|---------|-------------------|------|
| **Dec 2023** | **$138** | **$41** | **$45 on 11/30/2023** |
| **Nov 2023** | **$81** | **$41** | **$2,512 on 11/1/2023** |
| **Oct 2023** | **$2,593** | **$67** | **$0 on 10/17/2023** |
| **Sep 2023** | **$2,412** | **$35** | **$60 on 9/1/2023** |
| **Aug 2023** | **$2,462** | **$30** | **$0** |

**Additional info**

Between Aug 2023 and Dec 2023, your credit limit/high balance was $3,000

---

 **Contact Info**

| | |
|------|------|
| Address | PO BOX 965005, ORLANDO FL 32896 |
| Phone Number | (800) 444-1408 |

---

 **Comment**

**Current:**

**Account closed at credit grantor's request.**

**Previous:**

**Account closed at credit grantor's request.**

Nov 2023 to Dec 2023

---

# TBOM RETAIL/CCI

**POTENTIALLY NEGATIVE**

---

 **Account Info**

| | |
|------|------|
| Account Name | **TBOM RETAIL/CCI** |
| Account Number | **763700XXXXXXXXXX** |
| Account Type | **Credit card** |
| Responsibility | **Individual** |
| Date Opened | **10/14/2018** |

| | |
|---|---|
| Status | **Paid, Closed.** |
| Status Updated | **Feb 2023** |
| Balance | - |
| Balance Updated | - |
| Recent Payment | - |
| Monthly Payment | - |
| Credit Limit | **$1,500** |
| Highest Balance | **$1,600** |
| Terms | - |

---

## $ Payment History

| | J | F | M | A | M | J | J | A | S | O | N | D |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **2023** | CLS | CLS | — | — | — | — | — | — | — | — | — | — |
| **2022** | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | CLS | CLS |
| **2021** | **60** | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |
| **2020** | ✓ | **30** | **60** | **30** | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | **30** |
| **2019** | **30** | ✓ | ✓ | **30** | **60** | **90** | **90** | **150** | **120** | **150** | ✓ | ✓ |
| **2018** | — | — | — | — | — | — | — | ✓ | ✓ | ✓ | ✓ | ✓ |

| | | | |
|---|---|---|---|
| ✓ | Current / Terms met | **30** | Past due 30 days |
| **60** | Past due 60 days | **90** | Past due 90 days |
| **120** | Past due 120 days | **150** | Past due 150 days |
| CLS | Closed | | |

**Payment history guide**

150 days past due as of Oct 2019, Aug 2019

120 days past due as of Sep 2019

90 days past due as of Jul 2019, Jun 2019

60 days past due as of Jan 2021, Mar 2020, May 2019

30 days past due as of Dec 2020, Apr 2020, Feb 2020, Apr 2019, Jan 2019

---

 **Balance Histories**

| Date | Balance | Scheduled Payment | Paid |
|---|---|---|---|
| **Jan 2023** | **$342** | **$13** | **$50 on 12/30/2022** |
| **Dec 2022** | **$392** | **$13** | **$0 on 11/15/2022** |
| **Nov 2022** | **$392** | **$13** | **$60 on 11/15/2022** |

| Date | Balance | Scheduled Payment | Paid |
|------|---------|-------------------|------|
| Oct 2022 | $392 | $13 | $60 on 10/21/2022 |
| Sep 2022 | $452 | $13 | $50 on 9/15/2022 |
| Aug 2022 | $502 | $13 | $0 on 7/21/2022 |
| Jul 2022 | $502 | $13 | $40 on 7/21/2022 |
| Jun 2022 | $542 | $13 | $50 on 6/10/2022 |
| May 2022 | $532 | $13 | $60 on 5/22/2022 |
| Apr 2022 | $592 | $13 | $50 on 4/21/2022 |
| Mar 2022 | $642 | $13 | $50 on 3/21/2022 |
| Feb 2022 | $692 | $13 | $40 on 2/15/2022 |
| Jan 2022 | $732 | $15 | $50 on 1/10/2022 |

**Additional info**

Between Jan 2022 and Jan 2023, your credit limit/high balance was $1,500

 **Contact Info**

Address

**PO BOX 4499,
BEAVERTON OR 97076**

Phone Number

**(800) 942-4308**

 **Comment**

**Current:**

Account closed at credit grantor's request.

**Previous:**

Account closed at credit grantor's request.

Dec 2022 to Jan 2023

## US DEPT OF ED/GLELSI



## Account Info

| | |
|---|---|
| Account Name | **US DEPT OF ED/GLELSI** |
| Account Number | **260101XXXXXXXXX** |
| Account Type | **Education** |
| Responsibility | **Individual** |
| Date Opened | **09/21/2016** |
| Status | **Paid, Closed/Never late.** |
| Status Updated | **Aug 2019** |
| Balance | **-** |
| Balance Updated | **-** |
| Recent Payment | **-** |
| Monthly Payment | **-** |
| Original Balance | **$61,500** |
| Highest Balance | **-** |
| Terms | **-** |
| On Record Until | **Aug 2029** |



## Payment History

| | J | F | M | A | M | J | J | A | S | O | N | D |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2019 | — | — | — | — | — | — | — | CLS | — | — | — | — |

CLS  Closed

This account is scheduled to continue on record until Aug 2029.



## Contact Info

| | |
|---|---|
| Address | **PO BOX 7860,** |
| | **MADISON WI 53707** |
| Phone Number | **(800) 236-4300** |

## US DEPT OF ED/GLELSI

## Account Info

| | |
|---|---|
| Account Name | **US DEPT OF ED/GLELSI** |
| Account Number | **360101XXXXXXXXX** |
| Account Type | **Education** |

| | |
|---|---|
| Responsibility | **Individual** |
| Date Opened | **07/09/2018** |
| Status | **Paid, Closed/Never late.** |
| Status Updated | **Aug 2019** |
| Balance | - |
| Balance Updated | - |
| Recent Payment | - |
| Monthly Payment | - |
| Original Balance | **$61,444** |
| Highest Balance | - |
| Terms | - |
| On Record Until | **Aug 2029** |

### 💲 Payment History

| | J | F | M | A | M | J | J | A | S | O | N | D |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2019 | — | — | — | — | — | — | — | CLS | — | — | — | — |

CLS    Closed

This account is scheduled to continue on record until Aug 2029.

### ✉ Contact Info

| | |
|---|---|
| Address | **PO BOX 7860,** |
| | **MADISON WI 53707** |
| Phone Number | **(800) 236-4300** |

## Self Reported Accounts

Self-reported data is contributed through your Experian account.

Manage your self-reported account(s) through Experian Boost. The account number listed on your Experian credit file is a tracking number generated by Experian—not the account number at your bank or payee. Original creditor is the source of your self-reported data (your bank) and the payee (the company to which you pay your bills). The balance and monthly payment reflect the most recent payment recorded at your bank.

## TELECOM SELFREPORTED

### 📇 Account Info

| | |
|---|---|
| Account Name | **TELECOM SELFREPORTED** |

| | |
|---|---|
| Original Creditor | CHKG/ATT |
| Account Number | 6662B1XXXXXXXXX |
| Account Type | Wireless |
| Responsibility | Individual |
| Date Opened | - |
| Status | Open/Never late. |
| Status Updated | Jan 2024 |
| Balance | $205 |
| Balance Updated | 01/08/2024 |
| Recent Payment | $205 as of 1/8/2024 |
| Monthly Payment | $205 |
| Original Amount | $205 |
| Highest Balance | - |
| Terms | 1 Months |

## $ Payment History

| | J | F | M | A | M | J | J | A | S | O | N | D |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2024 | ✔ | — | — | — | — | — | — | — | — | — | — | — |
| 2023 | ✔ | ND | ✔ | ND | ND | ND | ND | ND | ND | ✔ | ND | ND |
| 2022 | ND | ND | ND | ND | ✔ | ND | ND | ND | ND | ND | ND | ND |
| 2021 | ✔ | ✔ | ✔ | ✔ | ND | ND | ✔ | ✔ | ✔ | ✔ | ✔ | ✔ |
| 2020 | ✔ | ND | ✔ | ✔ | ✔ | ✔ | ✔ | ✔ | ✔ | ✔ | ✔ | ND |
| 2019 | — | — | — | — | — | — | — | — | ✔ | ✔ | ✔ | ✔ |

✔  Payment recorded          ND   No data for this period

## ✉ Experian Contact Info

| | |
|---|---|
| Address | PO BOX 4500, ALLEN TX 75013 |
| Phone Number | (855) 891-2743 |

# Public Records

Information gathered from courts or other government agencies about legal matters associated with you. The most common Public Records are bankruptcies, tax liens, and monetary judgments.

**No public records reported.**

## Hard Inquiries

Hard inquiries are requests for your consumer information based on an action or process initiated by you generally related to a credit or other monetary obligation, such as when you apply for credit, rental property, or utility service, or default on a loan causing it to be sent to a collection agency. Hard inquiries are displayed to companies that receive your consumer report and may stay on your report at least two years.

**MACYS/CBNA**

Inquired on 11/11/2023

PO BOX 8218 MASON OH, 45040

Unspecified. This inquiry is scheduled to continue on record until Dec 2025.

---

**CITBANK NA., BEST BUY**

Inquired on 11/04/2023

5800 S CORPORATE PL SIOUX FALLS SD, 57108

Unspecified. This inquiry is scheduled to continue on record until Dec 2025.

---

**WAYMC/CBNA**

Inquired on 10/26/2023

PO BOX 6497 SIOUX FALLS SD, 57117

Unspecified. This inquiry is scheduled to continue on record until Nov 2025.

---

**COMMUNITY CU OF FLORIDA**

Inquired on 10/16/2023

1030 S US HIGHWAY 1 ROCKLEDGE FL, 32955

Real Estate. This inquiry is scheduled to continue on record until Nov 2025.

---

**CITBANK NA., BEST BUY**

Inquired on 08/29/2023

5800 S CORPORATE PL SIOUX FALLS SD, 57108

Unspecified. This inquiry is scheduled to continue on record until Sep 2025.

---

**JPMCB CARD**

Inquired on 08/21/2023

PO BOX 15077 WILMINGTON DE, 19850

Credit card with 0 Months repayment terms. This inquiry is scheduled to continue on record until Sep 2025.

---

**SYNCB/LOWES**

Inquired on 08/04/2023

PO BOX 965005 ORLANDO FL, 32896

Unspecified. This inquiry is scheduled to continue on record until Sep 2025.

---

**XACTUS-CP/FLAT BRANCH**

Inquired on 06/20/2023

101 S 5TH ST STE 200 COLUMBIA MO, 65201

Real Estate. This inquiry is scheduled to continue on record until Jul 2025.

---

**XACTUS-CP/FLAT BRANCH**

Inquired on 06/07/2023

Real Estate. This inquiry is scheduled to continue on record until Jul 2025.

---

**FACTUAL DATA**

Inquired on 06/02/2023

PO BOX 530090 ATLANTA GA, 30353

Real Estate on behalf of SPACE COAST CREDIT UNION. This inquiry is scheduled to

---

**COMMUNITY CU OF FLORIDA**

Inquired on 06/01/2023

1030 S US HIGHWAY 1 ROCKLEDGE FL, 32955

Extension of Credit. This inquiry is scheduled to continue on record until Jul 2025.

---

**CCR/LEADER ONE FINANCIAL**

Inquired on 05/09/2023

7500 COLLEGE BLVD STE 1150 OVERLAND PARK KS, 66210

Real Estate. This inquiry is scheduled to

---

continue on record
until Jul 2025.

continue on record
until Jun 2025.

**CIC CREDIT**

Inquired on
04/24/2023

327 CALDWELL
DR STE 100
GOODLETTSVIL
LE TN, 37072

Real Estate on
behalf of VIP
LENDING LLC.
This inquiry is
scheduled to
continue on record
until May 2025.

**XACTUS-CP**

Inquired on
04/17/2023

370 REED RD
STE 100
BROOMALL PA,
19008

Real Estate on
behalf of AMRES
CORPORATION.
This inquiry is
scheduled to
continue on record
until May 2025.

**FD/CROSSCOU
NTRY
MORTGAGE**

Inquired on
03/15/2023

PO BOX 530090
ATLANTA GA,
30353

Real Estate. This
inquiry is
scheduled to
continue on record
until Apr 2025.

**ADVANTAGE
CREDIT INC**

Inquired on
02/03/2023

32065 CASTLE
CT STE 300
EVERGREEN
CO, 80439

Real Estate. This
inquiry is
scheduled to
continue on record
until Mar 2025.

**FD/CROSSCOU
NTRY
MORTGAGE**

Inquired on
12/08/2022

PO BOX 530090
ATLANTA GA,
30353

Real Estate. This
inquiry is
scheduled to
continue on record
until Jan 2025.

**XACTUS-
UCS/EQUITY
PRIME**

Inquired on
01/31/2022

5 CONCOURSE
PKWY STE
2250 ATLANTA
GA, 30328

Real Estate. This
inquiry is
scheduled to
continue on record
until Feb 2024.

# Soft Inquiries

Soft inquiries are generally initiated by others, like companies making promotional offers or lenders periodically reviewing your existing credit accounts. Soft inquiries also include checking your own credit report or using credit monitoring services, and have no impact on your credit.

**AFFIRM**
Inquired on 09/28/2023, 08/16/2023 and 08/07/2023

650 CALIFORNIA ST FL 12, SAN FRANCISCO CA 94108
(855) 423-3729

**AFFIRM INC/CELTIC BANK**
Inquired on 07/31/2023

650 CALIFORNIA ST FL 12, SAN FRANCISCO CA 94108
(855) 423-3729

**ALLY CREDIT CARD/ACT**
Inquired on 03/10/2023 and 02/09/2023

1000 N WEST ST FL 11, WILMINGTON DE 19801

**AMERISAVE MORTGAGE CORP**
Inquired on 03/15/2023 and 02/03/2023

3525 PIEDMONT RD NE, ATLANTA GA 30305
(404) 260-7500

**AT&T SERVICES**
Inquired on 06/12/2023

12911 E 183RD ST, CERRITOS CA 90703

**CAPITAL ONE**
Inquired on 12/12/2023

15000 CAPITAL ONE DR, RICHMOND VA 23238

**CAPITAL ONE AUTO FIN PO#**
Inquired on 01/25/2023

PO BOX 259407, PLANO TX 75025
(800) 946-0332

**CIC CREDIT**
Inquired on 04/21/2023

327 CALDWELL DR STE 100, GOODLETTSVILLE TN 37072

On behalf of VIP LENDING LLC

**CITI CARDS**
Inquired on 06/15/2023 and 04/14/2023

PO BOX 6241, SIOUX FALLS SD 57117
(800) 950-5114

**CITIZENS BANK NA**
Inquired on 01/03/2024

770 LEGACY PL, DEDHAM MA 02026
(800) 922-9999

**COMENITY SERVICING LLC**
Inquired on 01/16/2024, 09/19/2023 and 08/22/2023

3095 LOYALTY CIR, COLUMBUS OH 43219

**COMENITY SERVICING LLC**
Inquired on 12/26/2023, 08/03/2023 and 08/02/2023

PO BOX 182120, COLUMBUS OH 43218

**COMMUNITY CREDIT UNION/M**
Inquired on 06/01/2023

**COMMUNITY CU OF FLORIDA**
Inquired on 10/12/2023

**CREDIT KARMA**
Inquired on 01/19/2024, 01/17/2024, 01/15/2024, 01/14/2024,

**CREDIT KARMA**
Inquired on 01/17/2024, 01/13/2024, 01/10/2024, 01/06/2024,

| | | | |
|---|---|---|---|
| 1030 US HIGHWAY 1, ROCKLEDGE FL 32955 (321) 690-2328 | 10305 US HWY 1, ROCKLEDGE FL 32955 (321) 690-2328 | 01/12/2024 and 01/11/2024<br><br>760 MARKET ST FL 2, SAN FRANCISCO CA 94102 (415) 510-5272 | 01/03/2024, 12/30/2023, 12/27/2023, 12/23/2023, 12/20/2023, 12/16/2023, 12/13/2023, 12/09/2023, 12/06/2023, 12/02/2023, 11/29/2023, 11/25/2023, 11/22/2023, 11/18/2023, 11/15/2023, 11/11/2023, 11/08/2023, 11/04/2023, 11/01/2023, 10/28/2023, 10/25/2023, 10/21/2023, 10/18/2023, 10/14/2023, 10/11/2023, 10/07/2023, 10/04/2023, 09/30/2023, 09/27/2023, 09/23/2023, 09/20/2023, 09/16/2023, 09/13/2023, 09/09/2023, 09/06/2023, 09/02/2023, 08/30/2023, 08/26/2023, 08/23/2023, 08/19/2023, 08/16/2023, 08/12/2023, 08/09/2023, 08/05/2023, 08/02/2023, 07/29/2023, |

07/26/2023,
07/22/2023,
07/19/2023,
07/12/2023,
07/08/2023,
07/05/2023,
07/01/2023,
06/28/2023,
06/24/2023,
06/21/2023,
06/17/2023,
06/14/2023,
06/10/2023,
06/07/2023,
06/03/2023,
05/31/2023,
05/27/2023,
05/24/2023,
05/20/2023,
05/17/2023,
05/13/2023,
05/10/2023,
05/06/2023,
05/03/2023,
04/29/2023,
04/26/2023,
04/22/2023,
04/19/2023,
04/15/2023,
04/12/2023,
04/08/2023,
04/05/2023,
04/01/2023,
03/29/2023,
03/25/2023,
03/22/2023,
03/18/2023,
03/15/2023,
03/11/2023,
03/08/2023,
03/04/2023,
03/01/2023,
02/25/2023,
02/22/2023,
02/18/2023,
02/15/2023,

02/11/2023,
02/08/2023,
02/04/2023,
02/01/2023,
01/28/2023 an
d 01/25/2023

760 MARKET
ST FL 2,
SAN
FRANCISCO CA
94102

**CREDIT KARMA
INC**
Inquired on
11/11/2023,
11/04/2023,
10/26/2023,
10/16/2023,
08/29/2023,
08/21/2023,
08/04/2023,
07/12/2023,
06/20/2023,
06/15/2023,
06/14/2023,
06/07/2023,
06/02/2023,
06/01/2023,
05/09/2023,
04/24/2023,
04/17/2023,
03/15/2023 an
d 02/03/2023

760 MARKET
ST FL 2,
SAN
FRANCISCO CA
94102

**CREDIT ONE
BANK**
Inquired on
08/11/2023

6801 S
CIMARRON RD,
LAS VEGAS NV
89113
(415) 459-6100

**CREDIT ONE
BANK**
Inquired on
12/20/2023

PO BOX 98875,
LAS VEGAS NV
89193
(877) 825-3242

**CREDIT ONE
BANK NA**
Inquired on
10/29/2023

6801 S
CIMARRON RD,
LAS VEGAS NV
89113

**CRS/THE
BORROWING
CLUB**

**DATAMYX/CRO
SSCOUNTRY
MTG LLC**

**DATAMYX/ROC
KET
MORTGAGE**

**DECISION
SCIENCE/BRIG
HTP**

Inquired on
11/28/2023

6699 N
FEDERAL HWY
STE 105,
BOCA RATON
FL 33487

Inquired on
06/21/2023

6850 MILLER
RD,
BRECKSVILLE
OH 44141

Inquired on
06/21/2023

1050
WOODWARD
AVE,
DETROIT MI
48226
(303) 373-3000

Inquired on
12/04/2023

269 W BONITA
AVE,
CLAREMONT
CA 91711

### DECISION SCIENCE/LEND BEE
Inquired on
12/05/2023

2525 MAIN ST
STE 420,
IRVINE CA
92614
(949) 335-9874

### DECISION SCIENCE/SECU RE
Inquired on
12/08/2023

3200 PARK
CENTER DR
STE 1300,
COSTA MESA
CA 92626

### DECISION SCIENCE/SKY BR
Inquired on
01/02/2024 an
d 11/23/2023

1125 E
CAMPBELL RD
STE 17,
RICHARDSON
TX 75081

### DL/NAVY FEDERAL CU
Inquired on
10/30/2023

820 FOLLIN LN
SE,
VIENNA VA
22180

### EDS/FINWISE BANK
Inquired on
10/17/2023

756 E
WINCHESTER
ST STE 300,
MURRAY UT
84107
(866) 580-1226

### EXPERIAN
Inquired on
01/23/2024

475 ANTON
BLVD,
COSTA MESA
CA 92626

### EXPERIAN
Inquired on
01/16/2024,
01/13/2024,
01/11/2024,
01/09/2024,
01/02/2024,
12/26/2023,
12/19/2023,
12/12/2023,
12/05/2023,
11/28/2023,
11/21/2023,
11/14/2023,
11/07/2023,
10/31/2023,
10/24/2023,
10/17/2023,
10/10/2023,
10/03/2023,
09/26/2023,
09/19/2023,
09/12/2023,

### EXPERIAN
Inquired on
01/15/2024,
01/12/2024,
01/10/2024,
01/07/2024,
01/06/2024,
01/01/2024,
12/31/2023,
12/20/2023,
12/19/2023,
12/15/2023,
12/12/2023,
11/30/2023,
11/18/2023,
11/15/2023,
11/11/2023,
11/08/2023,
11/04/2023,
11/01/2023,
10/28/2023,
10/27/2023,
10/26/2023,

09/05/2023,
08/29/2023,
08/22/2023,
08/15/2023,
08/08/2023,
08/01/2023,
07/25/2023,
07/11/2023,
07/09/2023,
07/04/2023,
06/27/2023,
06/20/2023,
06/18/2023,
06/13/2023,
06/06/2023,
05/30/2023,
05/23/2023,
05/16/2023,
05/09/2023,
05/03/2023,
05/02/2023,
04/25/2023,
04/24/2023,
04/21/2023,
04/18/2023,
04/16/2023,
04/11/2023,
04/04/2023,
03/31/2023,
03/28/2023,
03/21/2023,
03/15/2023,
03/14/2023,
03/07/2023,
02/28/2023,
02/27/2023,
02/14/2023,
02/13/2023,
02/03/2023,
02/02/2023 an
d 01/31/2023

475 ANTON
BLVD,
COSTA MESA
CA 92626

10/16/2023,
10/07/2023,
09/14/2023,
09/13/2023,
09/07/2023,
09/01/2023,
08/30/2023,
08/29/2023,
08/22/2023,
08/21/2023,
08/17/2023,
08/15/2023,
08/08/2023,
08/04/2023,
06/20/2023,
06/07/2023,
06/02/2023,
06/01/2023,
05/09/2023,
04/25/2023,
04/24/2023,
04/17/2023,
03/15/2023,
02/18/2023,
02/12/2023,
02/03/2023,
01/31/2023,
01/30/2023 an
d 01/27/2023

475 ANTON
BLVD,
COSTA MESA
CA 92626

(866) 431-3471

| EXPERIAN | EXPERIAN CREDITMATCH | EXPERIAN CREDITMATCH | FACTUAL DATA |
|---|---|---|---|
| Inquired on 08/04/2023, 07/12/2023, 06/15/2023, 06/14/2023 and 06/01/2023

None Provided | Inquired on 01/19/2024, 01/16/2024, 01/13/2024, 01/11/2024, 06/19/2023, 06/18/2023, 05/31/2023, 05/21/2023, 05/16/2023, 05/09/2023, 05/03/2023, 04/30/2023, 04/26/2023, 04/24/2023, 04/22/2023, 04/21/2023, 04/16/2023, 04/11/2023, 03/31/2023, 03/27/2023, 03/26/2023, 03/22/2023, 03/19/2023, 03/16/2023, 03/15/2023, 03/14/2023, 03/12/2023, 03/09/2023, 03/08/2023, 03/07/2023, 03/06/2023, 03/01/2023, 02/28/2023, 02/27/2023, 02/16/2023, 02/14/2023, 02/13/2023, 02/06/2023, 02/03/2023, 02/02/2023, 01/27/2023, | Inquired on 01/18/2024, 01/17/2024, 01/16/2024, 01/15/2024, 01/14/2024, 01/13/2024, 01/12/2024, 01/11/2024, 01/10/2024, 01/09/2024, 01/08/2024, 01/07/2024, 01/06/2024, 01/05/2024, 01/04/2024, 01/03/2024, 01/02/2024, 01/01/2024, 12/31/2023, 12/30/2023, 12/29/2023, 12/28/2023, 12/27/2023, 12/26/2023, 12/25/2023, 12/24/2023, 12/23/2023, 12/22/2023, 12/21/2023, 12/20/2023, 12/19/2023, 12/18/2023, 12/17/2023, 12/16/2023, 12/15/2023, 12/14/2023, 12/13/2023, 12/12/2023, 12/11/2023, 12/10/2023, 12/08/2023, 12/07/2023, | Inquired on 06/03/2023

PO BOX 530090, ATLANTA GA 30353

On behalf of US DEPT OF HOUSING AND U for SECONDARY LOGGING |

01/25/2023 an
d 01/23/2023

475 ANTON
BLVD # D4,
COSTA MESA
CA 92626

12/06/2023,
12/05/2023,
12/04/2023,
12/03/2023,
12/02/2023,
12/01/2023,
11/30/2023,
11/29/2023,
11/28/2023,
11/27/2023,
11/26/2023,
11/25/2023,
11/24/2023,
11/23/2023,
11/22/2023,
11/21/2023,
11/20/2023,
11/19/2023,
11/18/2023,
11/17/2023,
11/16/2023,
11/15/2023,
11/14/2023,
11/13/2023,
11/12/2023,
11/11/2023,
11/10/2023,
11/09/2023 an
d 11/08/2023

475 ANTON
BLVD # D4,
COSTA MESA
CA 92626

---

**FD/CROSSCOU
NTRY
MORTGAGE**
Inquired on
03/16/2023

PO BOX
530090,
ATLANTA GA
30353

**FLORIDA
POWER &
LIGHT CO**
Inquired on
07/28/2023

4200 W
FLAGLER ST,
CORAL GABLES
FL 33134

**FLORIDA
POWER &
LIGHT CO**
Inquired on
07/28/2023

None Provided

**IR/PRIORITY
PLUS FINANCI**
Inquired on
12/06/2023

18001 COWAN
STE E,
IRVINE CA
92614

**IR/SIMPLE DEBT SOLUTIONS**
Inquired on 12/06/2023

15821 VENTURA BLVD STE 235, ENCINO CA 91436

**IR/SIMPLE PATH FINANCIAL**
Inquired on 01/04/2024

417 WINTERTHUR WAY, HIGHLANDS RANCH CO 80129

**JPMCB**
Inquired on 01/01/2024, 12/01/2023, 11/01/2023, 10/01/2023, 09/01/2023, 08/01/2023, 07/01/2023, 06/01/2023, 05/01/2023, 04/01/2023, 03/01/2023 and 02/01/2023

PO BOX 15298, WILMINGTON DE 19850
(800) 432-3117

**JPMCB CARD**
Inquired on 08/21/2023

PO BOX 15298, WILMINGTON DE 19850
(800) 432-3117

**JPMCB CJ**
Inquired on 01/16/2024, 01/13/2024, 01/07/2024, 01/02/2024, 01/01/2024, 12/25/2023, 12/21/2023, 12/16/2023, 12/14/2023, 12/01/2023, 11/29/2023, 11/19/2023, 11/12/2023, 11/11/2023, 11/10/2023, 11/04/2023, 11/02/2023, 10/29/2023, 10/26/2023, 10/16/2023, 10/08/2023, 10/02/2023, 09/16/2023,

**LENDINGCLUB CORP**
Inquired on 07/31/2023 and 06/18/2023

595 MARKET ST # 200, SAN FRANCISCO CA 94105

**LEXISNEXIS/INS L&H**
Inquired on 06/14/2023

1000 ALDERMAN DR, ALPHARETTA GA 30005
(866) 323-0932

On behalf of AUTOOWNERS INSURANCE COM for Insurance underwriting

**LEXISNEXIS/INS/P&C**
Inquired on 08/04/2023, 07/12/2023, 06/15/2023 and 06/01/2023

1000 ALDERMAN DR, ALPHARETTA GA 30005
(866) 323-0932

On behalf of AMERICAN INTEGRITY for Insurance underwriting

09/08/2023,
09/03/2023,
08/29/2023,
08/21/2023,
08/18/2023,
08/16/2023,
08/10/2023,
08/09/2023,
08/04/2023,
07/13/2023,
06/20/2023,
06/15/2023,
06/07/2023,
06/02/2023,
06/01/2023,
05/21/2023,
05/10/2023,
05/09/2023,
04/25/2023,
04/24/2023,
04/17/2023,
03/27/2023,
03/15/2023,
03/04/2023,
02/19/2023,
02/13/2023,
02/05/2023,
02/03/2023,
02/01/2023,
01/31/2023 an
d 01/28/2023

PO BOX 15298,
WILMINGTON
DE 19850
(888) 401-0550

**LEXISNEXIS/IN
S/STATE FARM**
Inquired on
06/14/2023

1000
ALDERMAN DR,
ALPHARETTA
GA 30005

**LSDM/CREDIT
DIRECT**
Inquired on
01/10/2024 an
d 12/14/2023

9210
CORPORATE
BLVD STE 130,

**MICROBILT**
Inquired on
12/01/2023 an
d 10/04/2023

1640 AIRPORT
RD NW STE
115,

**MYFICO
CONSUMER
SERVICES**
Inquired on
01/20/2024,
01/19/2024,
01/18/2024,
01/15/2024,
01/13/2024,

| | | | |
|---|---|---|---|
| (800) 456-6004 | ROCKVILLE MD 20850 | KENNESAW GA 30144 | 01/12/2024, |
| | | | 01/06/2024, |
| On behalf of | | | 01/01/2024, |
| STATE FARM | | On behalf of | 12/31/2023, |
| INSURANCE COM | | MICROBILT | 12/20/2023, |
| for Insurance | | | 12/15/2023, |
| underwriting | | | 12/12/2023, |
| | | | 11/30/2023, |
| | | | 11/28/2023, |
| | | | 11/18/2023, |
| | | | 11/15/2023, |
| | | | 11/11/2023, |
| | | | 11/08/2023, |
| | | | 11/04/2023, |
| | | | 11/01/2023, |
| | | | 10/28/2023, |
| | | | 10/27/2023, |
| | | | 10/19/2023, |
| | | | 10/17/2023, |
| | | | 10/16/2023, |
| | | | 10/13/2023, |
| | | | 10/12/2023, |
| | | | 10/07/2023, |
| | | | 09/30/2023, |
| | | | 09/28/2023, |
| | | | 09/14/2023, |
| | | | 09/13/2023, |
| | | | 09/07/2023, |
| | | | 09/01/2023, |
| | | | 08/30/2023, |
| | | | 08/22/2023, |
| | | | 08/17/2023, |
| | | | 08/16/2023, |
| | | | 08/15/2023, |
| | | | 08/12/2023, |
| | | | 08/09/2023, |
| | | | 08/08/2023, |
| | | | 08/04/2023, |
| | | | 07/31/2023, |
| | | | 07/15/2023, |
| | | | 06/30/2023, |
| | | | 06/20/2023, |
| | | | 06/14/2023, |
| | | | 06/07/2023, |
| | | | 06/02/2023, |
| | | | 06/01/2023, |

05/17/2023,
05/16/2023,
05/09/2023,
05/02/2023,
04/25/2023,
04/17/2023,
04/14/2023,
03/30/2023,
03/27/2023,
03/15/2023,
03/10/2023,
02/27/2023,
02/23/2023,
02/18/2023,
02/12/2023,
02/03/2023,
01/31/2023,
01/30/2023 an
d 01/27/2023

200 SMITH
RANCH RD,
SAN RAFAEL
CA 94903
(800) 319-4433

**MYFICO
CONSUMER
SERVICES**
Inquired on
12/23/2023,
11/26/2023,
11/01/2023,
09/18/2023,
08/18/2023,
07/24/2023,
06/18/2023,
05/15/2023,
04/15/2023,
03/26/2023 an
d 02/28/2023

2665 LONG
LAKE RD,
ROSEVILLE MN
55113
(800) 319-4433

**OIS/CITY OF
PALM BAY**
Inquired on
08/04/2023

120 MALABAR
RD SE,
PALM BAY FL
32907
(321) 409-7133

**ONEMAIN**
Inquired on
12/17/2023,
11/05/2023,
09/24/2023,
08/20/2023,
07/16/2023,
06/11/2023,
05/07/2023,
04/02/2023,
03/13/2023,
02/27/2023 an
d 02/07/2023

PO BOX 1010,
EVANSVILLE IN
47706
(844) 298-9773

**OPORTUN/MET
ABANK**
Inquired on
06/02/2023 an
d 05/05/2023

2 CIRCLE STAR
WAY,
SAN CARLOS
CA 94070
(866) 488-6090

**PREMIER BANKCARD INC**
Inquired on 11/22/2023, 08/16/2023 and 05/10/2023

3820 N LOUISE AVE, SIOUX FALLS SD 57107
(800) 987-5521

**PROGRESSIVE INSURANCE**
Inquired on 06/15/2023

6300 WILSON MILLS RD, CLEVELAND OH 44143

**REPRISE FINANCIAL**
Inquired on 01/03/2024

PO BOX 143454, IRVING TX 75014
(855) 475-6767

**SPACE COAST CREDIT UNION**
Inquired on 01/11/2024

8045 N WICKHAM RD, MELBOURNE FL 32940
(321) 752-2222

**COLONY/CREDIT DEPT**
Inquired on 10/02/2023

1112 7TH AVE, MONROE WI 53566
(800) 913-0743

**SYNCHRONY FINANCIAL**
Inquired on 12/19/2023

4125 WINDARD PLAZA, ALPHARETTA GA 30005

**XACTUS-CP**
Inquired on 04/22/2023

370 REED RD STE 100, BROOMALL PA 19008
(833) 246-1581

On behalf of US DEPT OF HOUSING AND U for SECONDARY LOGGING

**CREDIT PLUS/FLAT BRANCH**
Inquired on 08/30/2023, 08/22/2023, 08/17/2023, 08/15/2023, 08/08/2023, 08/04/2023, 06/20/2023 and 06/17/2023

101 S 5TH ST STE 200, COLUMBIA MO 65201
(573) 442-3850

**XACTUS-CP/FLAT BRANCH**
Inquired on 06/22/2023

101 S 5TH ST STE 200, COLUMBIA MO 65201

## Important Messages

**Medical Information**

By law, we cannot disclose certain medical information (relating to physical, mental, or behavioral health or condition). Although we do not generally collect such information, it could appear in the name of a data furnisher (i.e., "Cancer Center") that reports your payment history to us. If so, those names display on your report, but on reports to others they display only as "MEDICAL PAYMENT DATA." Consumer statements included on your report at your request that contain medical information are disclosed to others.

**Public Records Information**

If your report contains public records, the Public Records section includes items from courts that Experian may have obtained through a third party vendor, LexisNexis Risk Data Management Inc.  You may contact them at LexisNexis Consumer Center, PO Box 105615, Atlanta, GA 30348-5108, or visit https://experianconsumers.lexisnexis.com .

## Contact Experian

**Online**

Visit Experian.com/dispute to dispute any inaccurate information, or click the dispute link next to the item. For FAQs and online access to your Experian Credit Report, Fraud Alerts, and Security Freezes, visit Experian.com/help

**Mail**

**Experian**

PO Box 9701

Allen, TX 75013

**Phone**

**Monday - Friday**

9am to 5pm

(855) 414-6047

## Know Your Rights

## Fair Credit Reporting Act (FCRA)

*Para información en español, visite www.consumerfinance.gov/learnmore o escribe a la Consumer Financial Protection Bureau, 1700 G Street N.W., Washington, D.C. 20552.*

**A Summary of Your Rights Under the Fair Credit Reporting Act.**

The federal Fair Credit Reporting Act (FCRA) promotes the accuracy, fairness, and privacy of information in the files of consumer reporting agencies. There are many types of consumer reporting agencies, including credit bureaus and specialty agencies (such as agencies that sell information about check writing histories, medical records, and rental history records). Here is a summary of your major rights under the FCRA. **For more information, including information about additional rights, go to www.consumerfinance.gov/learnmore or write to: Consumer Financial Protection Bureau, 1700 G Street N.W., Washington, D.C. 20552.**

**You must be told if information in your file has been used against you.** Anyone who uses a credit report or another type of consumer report to deny your application for credit, insurance, or employment — or to take another adverse action against you — must tell you, and must give you the name, address, and phone number of the agency that provided the information.

**You have the right to know what is in your file.** You may request and obtain all the information about you in the files of a consumer reporting agency (your "file disclosure"). You will be required to provide proper identification, which may include your Social Security number. In many cases, the disclosure will be free. You are entitled to a free file disclosure if:

- a person has taken adverse action against you because of information in your credit report;
- you are the victim of identity theft and place a fraud alert in your file;
- your file contains inaccurate information as a result of fraud;
- you are on public assistance;
- you are unemployed but expect to apply for employment within 60 days.

In addition, all consumers are entitled to one free disclosure every 12 months upon request from each nationwide credit bureau and from nationwide specialty consumer reporting agencies. See www.consumerfinance.gov/learnmore for additional information.

**You have the right to ask for a credit score.** Credit scores are numerical summaries of your creditworthiness based on information from credit bureaus. You may request a credit score from consumer reporting agencies that create scores or distribute scores used in residential real property loans, but you will have to pay for it. In some mortgage transactions, you will receive credit score information for free from the mortgage lender.

**You have the right to dispute incomplete or inaccurate information.** If you identify information in your file that is incomplete or inaccurate, and report it to the consumer reporting agency, the agency must investigate unless your dispute is frivolous. See www.consumerfinance.gov/learnmore for an explanation of dispute procedures.

**Consumer reporting agencies must correct or delete inaccurate, incomplete, or unverifiable information.** Inaccurate, incomplete or unverifiable information must be removed or corrected, usually within 30 days. However, a consumer reporting agency may continue to report information it has verified as accurate.

**Consumer reporting agencies may not report outdated negative information.** In most cases, a consumer reporting agency may not report negative information that is more than seven years old, or bankruptcies that are more than 10 years old.

**Access to your file is limited.** A consumer reporting agency may provide information about you only to people with a valid need — usually to consider an application with a creditor, insurer, employer, landlord, or other business. The FCRA specifies those with a valid need for access.

**You must give your consent for reports to be provided to employers.** A consumer reporting agency may not give out information about you to your employer, or a potential employer, without your written consent given to the employer. Written consent generally is not required in the trucking industry. For more information, go to www.consumerfinance.gov/learnmore.

**You may limit "prescreened" offers of credit and insurance you get based on information in your credit report.** Unsolicited "prescreened" offers for credit and insurance must include a toll-free phone number you can call if you choose to remove your name and address from the lists these offers are based on. You may opt-out with the nationwide credit bureaus at 1 888 5OPTOUT (1 888 567 8688).

**You may seek damages from violators.** If a consumer reporting agency, or, in some cases, a user of consumer reports or a furnisher of information to a consumer reporting agency violates the FCRA, you may be able to sue in state or federal court.

**Identity theft victims and active duty military personnel have additional rights.** For more Information, visit www.consumerfinance.gov/learnmore.

Consumers Have The Right To Obtain A Security Freeze

You have a right to place a 'security freeze' on your credit report, which will prohibit a consumer reporting agency from releasing information in your credit report without your express authorization. The security freeze is designed to prevent credit, loans, and services from being approved in your name without your consent. However, you should be aware that using a security freeze to take control over who gets access to the personal and financial information in your credit report may delay, interfere with, or prohibit the timely approval of any subsequent request or application you make regarding a new loan, credit, mortgage, or any other account involving the extension of credit.

As an alternative to a security freeze, you have the right to place an initial or extended fraud alert on your credit file at no cost. An initial fraud alert is a 1-year alert that is placed on a consumer's credit file. Upon seeing a fraud alert display on a consumer's credit file, a business is required to take steps to verify the consumer's identity before extending new credit. If you are a victim of identity theft, you are entitled to an extended fraud alert, which is a fraud alert lasting 7 years.

A security freeze does not apply to a person or entity, or its affiliates, or collection agencies acting on behalf of the person or entity, with which you have an existing account that requests information in your credit report for the purposes of reviewing or collecting the account. Reviewing the account includes activities related to account maintenance, monitoring, credit line increases, and account upgrades and enhancements.

**States may enforce the FCRA, and many states have their own consumer reporting laws. In some cases, you may have more rights under state law. For more information, contact your state or local consumer protection agency or your state Attorney General. For more information about your federal rights, contact:**

| FOR QUESTIONS OR CONCERNS REGARDING: | PLEASE CONTACT: |
|---|---|
| **1.a.** Banks, savings associations, and credit unions with total assets of over $10 billion and their affiliates. | **a.** Bureau of Consumer Financial Protection 1700 G Street NW Washington, DC 20552 |

**b.** Such affiliates that are not banks, savings associations, or credit unions also should list in addition to the Bureau:

**b.** Federal Trade Commission
Consumer Response Center
600 Pennsylvania Avenue NW
Washington, DC 20580

**2.** To the extent not included in item 1 above:

**a.** Office of the Comptroller of the Currency
Customer Assistance Group
P.O. Box 53570
Houston, TX 77052

**a.** National banks, federal savings associations, and federal branches and federal agencies of foreign banks

**b.** State member banks, branches and agencies of foreign banks (other than federal branches, federal agencies, and insured state branches of foreign banks), commercial lending companies owned or controlled by foreign banks, and organizations operating under section 25 or 25A of the Federal Reserve Act

**b.** Federal Reserve Consumer Help Center
PO Box 1200
Minneapolis, MN 55480

**c.** Nonmember Insured banks, Insured State Branches of Foreign Banks, and insured state savings associations

**c.** Division of Depositor and Consumer Protection
National Center for Consumer and Depositor Assistance
Federal Deposit Insurance Corporation
1100 Walnut Street, Box #11
Kansas City, MO 64106

**d.** Federal Credit Unions

**d.** National Credit Union Administration
Office of Consumer Financial Protection
1775 Duke Street
Alexandria, VA 22314

**3.** Air carriers

Assistant General Counsel for Office of Aviation Consumer Protection
Department of Transportation
1200 New Jersey Avenue SE
Washington, DC 20590

**4.** Creditors Subject to Surface Transportation Board

Office of Public Assistance,
Governmental Affairs, and
Compliance
Surface Transportation Board
395 E Street SW
Washington, DC 20423

**5.** Creditors Subject to Packers and Stockyards Act

Nearest Packers and
Stockyards Division Regional
Office

**6.** Small Business Investment Companies

Associate Administrator, Office
of Capital Access
United States Small Business
Administration
409 Third Street SW, Suite 8200
Washington, DC 20416

**7.** Brokers and Dealers

Securities and Exchange
Commission
100 F Street NE
Washington, DC 20549

**8.** Federal Land Banks, Federal Land Bank Associations,
Federal Intermediate Credit Banks, and Production Credit
Associations

Farm Credit Administration
1501 Farm Credit Drive
McLean, VA 22102-5090

**9.** Retailers, Finance Companies, and All Other Creditors
Not Listed Above

FTC Regional Office for region
in which the creditor operates
**or** Federal Trade Commission:
Consumer Response Center -
FCRA
Washington, DC 20580
(877) 382-4357

## Notification of Rights

- Notification of Rights for California Consumers

- Notification of Rights for Colorado Consumers
- Notification of Rights for Connecticut Consumers
- Notification of Rights for Maryland Consumers
- Notification of Rights for Massachusetts Consumers
- Notification of Rights for Texas Consumers
- Notification of Rights for Vermont Consumers
- Notification of Rights for Washington Consumers



U.S. Postal Service™
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at *www.usps.com®*.

OFFICIAL USE

Certified Mail Fee
$

Extra Services & Fees *(check box, add fee as appropriate)*
☐ Return Receipt (hardcopy)          $
☐ Return Receipt (electronic)        $
☐ Certified Mail Restricted Delivery $
☐ Adult Signature Required           $
☐ Adult Signature Restricted Delivery $

Postmark
Here

Postage
$

Total Postage and Fees
$

Sent To

*Street and Apt. No., or PO Box No.*

*City, State, ZIP+4®*

Experian
P.O. Box 2002
Allen, TX 75013

PS Form 3800, January 2023 PSN 7530-02-000-9047      **See Reverse for Instructions**

**ALERT: SEVERE WEATHER CONDITIONS ACROSS THE NORTHEAST MAY DELAY FINAL DELIV…**

# USPS Tracking®

FAQs ›

**Tracking Number:**

Remove ✕

## 9589071052700175353724

Copy        Add to Informed Delivery (https://informeddelivery.usps.com/)

### Latest Update

Your item was picked up at a postal facility at 3:22 pm on February 5, 2024 in ALLEN, TX 75013.

**Get More Out of USPS Tracking:**

USPS Tracking Plus®

### Delivered
**Delivered, Individual Picked Up at Postal Facility**
ALLEN, TX 75013
February 5, 2024, 3:22 pm

**Arrived at Post Office**
ALLEN, TX 75013
February 5, 2024, 10:37 am

**In Transit to Next Facility**
February 4, 2024

**Arrived at USPS Regional Destination Facility**
COPPELL TX DISTRIBUTION CENTER
February 2, 2024, 10:27 am

**Arrived at USPS Regional Origin Facility**
ORLANDO FL DISTRIBUTION CENTER
January 31, 2024, 10:02 pm

**USPS in possession of item**

MELBOURNE, FL 32904
January 31, 2024, 4:17 pm

● **Hide Tracking History**

**What Do USPS Tracking Statuses Mean? (https://faq.usps.com/s/article/Where-is-my-package)**

---

Text & Email Updates                                          ⌄

---

USPS Tracking Plus®                                           ⌄

---

Product Information                                           ⌄

---

See Less ⌃

Track Another Package

┌──────────────────────────────────────────────────────────────┐
│  Enter tracking or barcode numbers                              │
└──────────────────────────────────────────────────────────────┘

# Need More Help?

Contact USPS Tracking support for further assistance.

┌──────────────────┐
│      **FAQs**      │
└──────────────────┘

**From:** Experian <info@e.ncac.experian.com>
**Date:** February 7, 2024 at 11:47:35 PM EST
**To:** ISAYRASANTOS <isasantosd06@gmail.com>
**Subject: Important Information**

 

ISAYRA SANTOS,
"

We received a recent request regarding your credit information that does not appear to have been sent directly by you or to be authorized by you. As a precautionary measure, we have not taken any action on your alleged request. According to the federal Fair Credit Reporting Act, ""If the completeness or accuracy of any item of information contained in a consumer�s file at a national consumer credit reporting company is disputed by the consumer and the consumer notifies the company directly of such dispute, the company shall reinvestigate free of charge."" Therefore, you can dispute any inaccurate information directly with Experian for free.

If you believe that information in your personal credit report is inaccurate or incomplete, please call us at the phone number 833-421-3400, or visit our secure web site to upload your documents at www.experian.com/dispute.

Connect with your credit day or night for FREE. View your Free Experian® Credit Report anytime. Refreshed every 30 days upon log in. No credit card required. Start Here!

PLEASE DO NOT REPLY TO THIS MESSAGE
This notice is systemically generated, and we cannot receive responses.

Experian and the Experian marks used herein are trademarks or registered trademarks of Experian Information Solutions, Inc. Other product and company names mentioned herein are the property of their respective owners.