UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

ISAYRA SANTOS,

Plaintiff,

vs.

EXPERIAN INFORMATION SOLUTIONS, INC.,

Defendant(s).

_____ /

Civil Action No.: 6:24-cv-1832

INJUNCTIVE RELIEF SOUGHT

## PLAINTIFF'S NOTICE OF SETTLEMENT

Plaintiff, ISAYRA SANTOS, by and through the undersigned counsel, hereby notifies the Court that the parties have agreed in principle to settle the above-captioned matter. Counsels for the parties are in the process of preparing and finalizing the Settlement Agreement and Stipulated Dismissal ("Agreement"). Accordingly, Plaintiff respectfully requests that the Court vacate all deadlines set and provide the parties 60 days to finalize the settlement and dismissal documents.

Plaintiff is filing this Notice with Defendant's approval and permission.

Respectfully Submitted
January 21, 2025,

By: /s/ Jonathan Arias
Jonathan Arias, Esq.
Florida Bar No. 126137
*Attorney for the Plaintiff*
THE ONYX GROUP
8325 N.E. 2nd Ave
Suite 315
Miami, FL 33138
Phone: (786)504-5760

Fax: (305)602-5988  
Email: jarias@theonyx.group

## CERTIFICATE OF CONFERRAL

I hereby certify that Plaintiff conferred with Defendant's Counsel via electronic mail on January 21, 205 and Defendant agrees to the forgoing document

## CERTIFICATE OF SERVICE

I hereby certify that on January 21, 2025, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notice of Electronic Filing.

By: /s/ Jonathan Arias  
Jonathan Arias, Esq.  
Florida Bar No. 126137  
*Attorney for the Plaintiff*  
THE ONYX GROUP  
8325 N.E. 2nd Ave  
Suite 315  
Miami, FL 33138